**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy          12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Tyler**<br>First name | **Satin**<br>First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Pelfrey**<br>Last name and Suffix (Sr., Jr., II, III) | **Pelfrey**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **Satin Klitzke**<br>**Satin Smith** |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1699 | xxx-xx-4370 |

Debtor 1   **Tyler Pelfrey**
Debtor 2   **Satin Pelfrey**

Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs |
| **5.** **Where you live** | **1214 Anna Rose Lane** <br> **Ramona, CA 92065** <br> Number, Street, City, State & ZIP Code <br><br> **San Diego** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) <br><br> _____ |

Debtor 1   **Tyler Pelfrey**
Debtor 2   **Satin Pelfrey**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ☑ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

9/06/18  6:27PM

Debtor 1    **Tyler Pelfrey**

Debtor 2    **Satin Pelfrey**

Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number, Street, City, State & Zip Code

---

Debtor 1    **Tyler Pelfrey**
Debtor 2    **Satin Pelfrey**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Tyler Pelfrey**
Debtor 2   **Satin Pelfrey**                                             Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Tyler Pelfrey** | **/s/ Satin Pelfrey** |
| **Tyler Pelfrey** | **Satin Pelfrey** |
| Signature of Debtor 1 | Signature of Debtor 2 |

Executed on   **September  6, 2018**              Executed on   **September  6, 2018**
MM / DD / YYYY                                               MM / DD / YYYY

Debtor 1    **Tyler Pelfrey**
Debtor 2    **Satin Pelfrey**

Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Ajay Gupta**                                            Date        **September  6, 2018**
Signature of Attorney for Debtor                                           MM / DD / YYYY

**Ajay Gupta 242132**
Printed name

**Gupta Evans and Associates, PC**
Firm name

**1620 5th Avenue, #650**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone    **(619) 866-3444**              Email address      **ag@SoCal.law**

**242132 CA**
Bar number & State

```
4 Wheel Parts Oakland
38 Hegenberger Ct.
Store 12
Oakland, CA 94577


A Dan Recob
3008 Cheverly Ave
Cheverly, ME 20785


Aaron Herbert
1113 Quail Hollow Cir
Garland, TX 75043


Aaron Satterfield
5503 Nur Lane
Raleigh, NC 27606


Abel Muniz
86 Sandcastle
Aliso Viejo, CA 92656


Adam Batty
5428 Tanglewood Rd.
Cross Lanes, WV 25313


Adam Coghlan
2300 W County Road 38 E
lot 144
fort collins, CO 80526


Adam Hanohano
91-1067 Kuhina St
Ewa Beach, HI 96706


Adam Saint-Prix
1001 46th Street #308
Emeryville, CA 94608
```

Adam Wright
48 Wave Ave
Wakefield, MA 01880


Adventure Wired
9707 Erin Way
Apt 203
Santee, CA 92071


Aiden Greenizer
26404 St Rte 9 NE
Arlington, WA 98223


Alex Gehlert
834 Via Seville
Livermore, CA 94550


Alex Hernandez
156 Kentwood Dr
Alabaster, AL 35007


Alex Kallenberger
290 A Arroyo Salado
Santa Fe, NM 87508


Alex Moore
1140 E Ocean blvd, Unit 326
Long Beach, CA 90802


Alex Murrell
1835 SE Main St
Portland, OR 97214


Alex Parker
11602 Boyd Bay
San Antonio, TX 78221

Alex Shushunov
4375 Marshall St.
Wheat Ridge, CO 80033


Alexander Chan
108 Desert Forest Court
Austin, TX 78738


Alfredo Padilla
1629 East Harris
San Angelo, TX 76905


Alfredo R. Loperena Sr.
1671 Alaquinas Dr.
San Diego, CA 92173


Alison Thompson
6025 Via Canada Del Osito
Rancho Santa Fe, CA 92067


Allan Barlow
4329 Blagden Ave  NW
Washington, DC 20011


Alonzo Verdin
1463 felspar st
san diego, CA 92109


Alvin Ducharme
2909 Fox Hill Dr,
Rocklin, CA 95765


Alvin Wong
2624 Maxwell Ave
Oakland, CA 94619

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998


Andre Ramirez
1247 Walnut Canyon Rd
Moorpark, CA 93021


Andres Camberos
2934 Babbling Brook Rd
Chula Vista, CA 91914


Andrew Golden
1945 N. Garrett Avenue #2001
Dallas, TX 75206


Andrew Goza
PO BOX 130
Elgin, SC 29045


Andrew Hickman
10260 Mott Dr
Reno, NV 89521


Andrew Jackson
738 North High Ground Drive
Dammeron Valley, UT 84783


Andrew Larsom
17 West 300 south
Midway, UT 84049


Andrew Liu
2406 N Washington St
Denver, CO 80205

Andrew Luke
1908 Reston Metro Plz.
Apt. 1620
Reston, VA 20190


Andy Lobue
630 NW Wallula Ave
Gresham, OR 97030


Andy Vasquez
729 Orange Ave
Coronado, CA 92118


Angel Cruz
59 Oxford St.
Chula Vista, CA 91911


Anthony Jackson
900 w. winnie ln
Carson City, NV 89703


APL Glass Windows
750 E Garvey Ave Ste B
Monterey Park, CA 91755


AQ Painting
4250 Balboa St.
San Francisco, CA 94121


ASPEX (DBG)
12130 Dearborn pl.
Poway, CA 92064


Ausencio Ariza
926 W Philidelphia
Ontartio, CA 91762

Austin Cooper
5441 Port Royal Dr
Virginia beach, VA 23462


Austin Fruechting
3706 Jefferson St
Kansas City, MO 64111


Austin Haidinyak
983 10th Loop NE #103
Issaquah, WA 98029


Austin Mills
22257 E Lake Lane
Centennial, CO 80015


Austin Reza
11272 Dorland Street
Whittier, CA 90606


Austin Rossi
2200 Sheffield Dr
Fort Collins, CO 80526


Baja Designs
c/o Kirby/Scully/Johnston
185 Bosstick Blvd
San Marcos, CA 92069


Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998


Ben Denniston
12972 SE 222nd DR
Damascus, OR 97089

Bennett Wetch
2242 Pine Meadow Dr.
Salt Lake City, UT 84017


Bert Ho
1954 W 66th Ave
Denver, CO 80221


Bite Me Kitchen Inc
1016 Bridgewater Way
Costa Mesa, CA 92627


Blaine Brown
6 Sandestin Estates Dr
Miramar Beach, FL 32550


Boss 4x4
28039 Scott Rd., Ste D-391
Murrieta, CA 92563


Bradley Roberts
4720 S Dudley Street #57
Littleton, CO 80123


Brandon DeFeo
36 BeeBe Run Road
Bridgeton, NJ 08302


Brandon Kenney
4079 Red Wing Trl
Stow, OH 44224


Brandon Sanchez
94-1005 Lumihoahu St
Waipahu, HI 96797

Brandon Schmidt
19909 E Willow Dr
Queen Creek, AZ 85142


Brandon Thomason
1205 Lyons Lane
El Cajon, CA 92021


Brandon Werth
1832 Fairfax Court South
St Johns, FL 32259


Brandon Yoon
910 s Gramercy place
Apt 212
Los Angeles, CA 90019


Brandy Richardson
1691 Rock Rose Ct
Lebanon, OH 45036


BRETT CARTER
1809 ST. ANDREWS DR
CLOVIS, NM 88101


Brett Dawson
1065 Marne Blvd
Hinesville, GA 31313


Brett Hannah
2330 Moss Ave
Los Angeles, CA 90065


Brian Agito
1301 Colorado Blvd
APT 1
Los Angeles, CA 90041

Brian Buckner
408 NE Tahoe Dr
Blue Springs, MO 64014


Brian Fuselier
6085 W 83rd Place
Arvada, CO 80003


Broke and Poor Surplus
111 Thrasher Road
plant city, FL 33566


Bruce Harris
4064 ne 18th Ave
Portland, OR 97212


Bruce Lutz
16495 Valparaiso Way
Redding, CA 96001


Bryan Garcia
3738 N Octavia Avenue
Chicago, IL 60634


Bryan Silvey
1829 Aleppo Ct.
Thousand Oaks, CA 91362


Bryan St Martin
BryanSt Martin
Unit 94
Denver, CO 80239


Bryan Vogel
2724 N County Rd 23
Bellvue, CO 80512

Bryant Bainbridge
3700 SW Dosch Ct
portland, OR 97221


Bryant Panyarachun
1486 Parkmont Dr.
San Jose, CA 95131


Bryce Miltenberger
18 Epping Forest way,
Sugar Land, TX 77479


Cal Mesa
31682 Dunlap Blvd.
Yucaipa, CA 92399


Carl Aune
4074 N Boulder Canyon Place
Tucson, AZ 85750


carson clowes
2325 WILD DEER COURT
PASO ROBLES, CA 93446


Casey Anda
1928 Purdy Avenue
Miami Beach, FL 33139


Cesar Michel
1322 S Hesperian Street
Santa Ana, CA 92704


Chad De Alva
3790 S Big Valley Trail
Flagstaff, AZ 86005

Chance Hayward
11354 W 1 St Street
POB 273
Star, ID 83651


Charles Cox
1814 Magenta Ct Unit 5
Chula Vista, CA 91913


Charles Nguyen
21250 SW Rosedale Road
Beaverton, OR 97078


Charlie Ung
12365 Calle Alvara
Unit 4
El Cajon, CA 92019


Chase Gillispie
1078 American Ridge Rd
Kendrick, ID 83537


Chase Nau
125 sweet 130th ave
Beaverton, OR 97005


Chaz Hart
12 Red Rock Ct
Bozeman, MT 59718-8636


Cheng Thao
8260 Summer Falls Circle
Sacramento, CA 95828


Choice Builder
721 S Parker, Suite 200
Orange, CA 92868

Chris Craig
119 Lamb St
Fayetteville, NC 28305


Chris Harney
170 Holdman Ave.
Sierra Madre, CA 91024


Chris J Harney Electrical Services
170 Holdman Ave.
Sierra Madre, CA 91024


Chris Padavana
3318 VILLAGE DR
CASTRO VALLEY, CA 94546


Chris Parsons
14732 Cork Dr
Chino Hills, CA 91709


Chris phaneuf
20 maple st
easthampton, MA 01027


Chris Purkey
2504 S Imperial St
Slc, UT 84106


Chris Robleto
395 Montezuma Ave
Forest Knolls, CA 94933


chris yu
15773 mcintosh ave
chino, CA 91708

christian santana
1490 greenbay street
202
san diego, CA 92154


Christopher Dakis
526 Windermere Dr.
Culpeper, VA 22701


Christopher Hughes
303 river village
Fallon, NV 89406


Christopher Purevich
7325 Robinson St
Overland Park, KS 66204


Cintas
PO Box 29059
Phoenix, AZ 85038


Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179


Citicards
Citicorp Credit Services/Attn: Centraliz
Po Box 790040
Saint Louis, MO 63179


Clark Campbell
6685 Aviston Street
Las Vegas, NV 89148


Clay Bowen
2283 Turnpike Rd
Raeford, NC 28376

Clay Nussbaum
2929 Moser Road
Dalton, OH 44618


Clayton Hafernik
8464 Trudeau ave
Las Vegas, NV 89143


Clayton Simms
707 E. Adoue
Baytown, TX 77520


Cody Cousins
5112 West Point Loma Blvd
San Diego, CA 92107


Cody Parker
3458 sw Indian place
redmond, OR 97756


Colin Fawcett
7432 SE 114th Ave
Portland, OR 97266


Colin Flauta
1041 Hayes Ave
San Diego, CA 92103


Colton Lindaman
15815 Hollytree dr
Houston, TX 77068


Comenity Bank/Victoria Secret
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318

Comenitycapital/ultamc
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Connor Tillett
1766 Republic St
SD, CA 92114


Corey Longsreth
19200 South Reyes Avenue
Rancho Dominguez, CA 90221


Corey Oniell
PO BOX 20
Gustavus, AK 99826


Cory Busby
2202 B St
Bakersfield, CA 92301


Costco Go Anywhere Citicard
Citicorp Credit Services/Centralized Ban
Po Box 790040
St. Louis, MO 64195


Cox Communications
6205-B Peachtree Dunwudy Rd NE
Atlanta, GA 30328


CRD Manufacturing
1539 West Orange Grove Avenue
Suite A
Orange, CA 92868


Cute nails LLC
654 s commercial st
Harrisonville, MO 64701

Dale Burt
533 W 23rd St
#10
San Pedro, CA 90731


Damien Germano
2561 1st Ave
apt c
San Diego, CA 92103


Dan Bolton
7252 east Granada road
Scottsdale, AZ 85257


Daniel Barrios
795 Shell Ave.
Martinez, CA 94553


Daniel Edelstein
18027 Sea Reef Dr
Pacific Palisades, CA 90272


Daniel Gomez
7815 E Lynwood Cir
Mesa, AZ 85207


Daniel Nemnich
589 River Road
Bliss, ID 83314


Daniel Zachary Wilson
2010 N. Village Dr.
Tucson, AZ 85712


Daniele Piccinonno
3 Sparrow Lane
Danvers, MA 01923

Danny Calderon
8186 Lemon Gove Way
Lemon Grove, CA 91945


Danny Zincke
233 Horse Hill
Boerne, TX 78006


DARAN KANBARA
13593 GRAY HAWK COURT
EASTVALE, CA 92880


darren cinco
1320 w hill st
Long beach, CA 90810


Darren McMahon
12190 Abington HAll PL
Reston, VA 20190


Darryl Lamano
11507 Foster Rd.
Norwalk, CA 90650


Dave Durand
21291 Bishop Dr
Mission Viejo, CA 92692


David Allred
333 Bubble Creek Ct
Unit 10
Fayetteville, NC 28311


David Englin
770 S Grand Ave, Apt 4056
Los Angeles, CA 90017

David Kennedy
927 NE 72 Terrace
Miami, FL 33138


David Perez
354 Wadsworth Cirlce
Longmont, CO 80504


David Schmutz
7238 Brittany Town Dr.
West Jordan, UT 84084


Derek Han
9425 Silent Oak Ct
Las Vegas, NV 89149


Derin Akyar
13314 NE 104th Street
Kirkland, WA 98033


Derrick Holland
7180 Kestrel Drive
Missoula, MT 59808


Derryck Zimmerman
830 Donegal Court
Orange Park, FL 32065


Desert Rat
10701 N 19th Ave
Phoenix, AZ 85029


Desmond Cheung
782 N 10th St
Unit 2
San Jose, CA 95112

Desoto Ford
3039 SE Hwy 70
Arcadia, FL 34266


Dirty Parts
Dirty Parts
12012 West Washington Blvd.
Los Angeles, CA 90066


Discover Financial
Po Box 3025
New Albany, OH 43054


Divided Vine
861 N. Higley Rd. #116
Gilbert, AZ 85234


DJ Singleton
10623 W Ross Ave
Pioria, AZ 85382


Dometic GB 2018
404 Ashley Meadow Ln,
Jacksonville, NC 25846


DOMETIC GB 2018
8935 Renoir Ct,
Fair Oaks, CA 95628


DOMETIC GB 2018
2305 129th PL SE,
Everett, WA 98208


Donald O'Sullivan
2531 Haymond Ave
River Grove, IL 60171

Donovan Tree
PO BOX 183
PARSONSFIELD, ME 04047


Doug Whetstine
8480 Zeta Street
La Mesa, CA 91942


duncan shaw
2448 Adams Ave #5
san diego, CA 92116


Dustin Baker
215 Mary Pat Dr
Grand Prairie, TX 75052


Dustin McGraw
5813 Butterfly Ct
Temple, TX 76502


Dustin Messina
306 Mary Ann Dr
Brandon, MS 39042


Dustin Nelson
105 La Isla Ln
Corrales, NM 87048


Dylan Baker-Rice
244 Carlton Ave.
#2
Brooklyn, NY 11205


Ed Hunt
1111 S. Shoshone St.
Boise, ID 83705

Edbert Chen
1250 North Lindley Street,
Azusa, CA 91702


Edward Griffin
840 N Easley Canyon Road
Glendora, CA 91741


Edwin Miranda
5521 Via Mira Flores
Newbury Park, CA 91320


Elliott Larson
15927 Gold Hill Road
Boulder, CO 80302


Elliott Strickler
2844 Velarde Dr
Thousand Oaks, CA 91360


Emelia Vargas
3405 Avenida Curvatura
Albuquerque, NM 87107


Enzeel Wakeboarding
801 Chestnut St
Clermont, FL 34711


Eric Alonzo
1 Sewall st
Melrose, MA 02176


Eric Cooper
1623 Willow St
Fairbanks, AK 99709

Eric Sanchez
6946 lerwick ct
Alexandria, VA 22315


Eric Santos
9770 Graceland Way
San Diego, CA 92129


Erik Arbit
9260 E. Dreyfus Pl.
Scottsdale, AZ 85260


Ernest Packaging Solutions
1345 Sycamore Avenue,
Vista, CA 92081


Evan Becket
307 Terra Bella
Irvine, CA 92602


Evan Husted
1306 Petree St
El Cajon, CA 92020


Evans Tire
1445 Magnolia Ave
El Cajon, CA 92020


F. Austin
10410 S Cutting Horse Dr.
Unit 122
vail, AZ 85641


Fate Inc
1015 S Crocker St
Q18
Los Angeles, CA 90021

```
FedEx Freight
c/o Synter Resource Group, LLC
5935 Rovers Ave. Suite 102
Charleston, SC 29406


FedEx Freight
DEPT LA PO BOX 21415
PASADENA, CA 91185


FedEx Parcel
PO BOX 7221
PASADENA, CA 91109


Findlay Toyota Flagstaff
310 N Gibson Rd
Henderson, NV 89014


First Electronic Bank
Attn: Bankruptcy
Po Box 521271
Salt Lake City, UT 84152


Flying S Aviation
9382 Stockmar Rd
Villa Rica, GA 30180


Forrest Shmidl
11010 Kimes Park Dr
San Antonio, TX 78249


Francisco Campos
13655 Pimo St.
Armona, CA 93202


Frank Retotal
64 Piina Place
Lahaina, HI 96761
```

```
Frisco Campo
1446 E 8th St.
C
National City, CA 91950


Futuro Inc
371A Islington St
Portsmouth, NH 03801


Gabe Hill
9225 Tudor Park PL
Las Vegas, NV 89145


Gabriel Ocampo
351 winslow ave
Long beach, CA 90814


Galen Pang
1825 Dole St.
Honolulu, HI 96822


Garrett De Witt
22855 Bravo PL
Salinas, CA 93908


Garryck Hampton
3801 Orinda Drive
San Mateo, CA 94403


Gentelmens Barbershop
520 s Indian canyon dr.
Palm Springs, CA 92264


Geovanni Solorzano
2242 E 124th St
Compton, CA 90222
```

Gerardo Salgado
833 Tumbleweed
Salinas, CA 93905


Glenn Bigsby
12761 Fisher St
Englewood, CO 80112


Green Tree Fab
6626 Greenwood Street
Anchorage, AK 99518


Greg Chavdarian
74-5214 Kihawahine place
Kailua Kona, HI 96740


Greg Gong
9601 Spring Oak Drive
Bakersfield, CA 93311


Greg Towne
4701 Parks Ave
La Mesa, CA 91942


Gregory Helbig
2520 Van Hoeks Cir
Modesto, CA 95356


Gulzeb Niazi
9224 Oldwest Trl
Fort Worth, TX 76131


Harpers Bitterroot Valley Tire Center
4026 Us Highway 93 N.
Stevensville, MT 59870

Hayes Bolt & Supply
2950-52 National Ave.
San Diego, CA 92113


Hayes Bolt & Supply
2950-52 National Avenue
San Diego, CA 92113


High Country Performance 4x4
1695 West Hamilton PL
Englewood, CO 80110


Holly Moreno
180 Park Rd
Burlingame, CA 94010


Ian Anonuevo
576 Knights Circle
Valejo, CA 94591


Industry FTH
1228 San Gabriel Ave
Henderson, NV 89002


Isaiah Marin
2008 S Bushnell Ave
Alhambra, CA 91803


Island Rovers
6 Wildwood Dr
Sound Beach, NY 11789


Jacob Arijanto
1989 S. 2100 E.
Unit B
Salt Lake City, UT 84108

Jacob Miyara
8337 Streng Ave
Citrus Heights, CA 95610


Jacob Sanchez
11124 NE Halsey ST
STE 690
Portland, OR 97220


Jacob Sanchez
11125 NE Halsey ST
STE 691
Portland, OR 97221


jacob stelljes
765 Windbound ave
Beaumont, CA 92223


Jaime Morando
245 East Trinity Place
Decatur, GA 30030


Jake Carr
35295 West Jefferson ave
Rockwood, MI 48173


Jake Crandall
312 Alta Vista Circle
Travelers Rest, SC 29690


James Ethan Marlow
505 Dalton Ct
Dalton, GA 30721


Jamie Dahl
774 Jeffery Street
South Lake Tahoe, CA 96150

Janelle Brunson
609 W Brookline Loop
Williams, AZ 86046


Jared Gumpert
PO Box 708
Meredith, NH 03253


Jared Spencer
91-232 Wakamalii Pl
Kapolei, HI 96707


Jason Denny
217 E Washington Ave
Orange, CA 92866


Jason Healy
33 Quartermaster row
South Yarmouth, MA 02664


Jason Holden
14291 Classique Way
San Diego, CA 92129


Jason Machler
2960 Washington Ln
Hatfield, PA 19440


jason molano
2967 A Street
San Diego, CA 92102


Jason Tackett
7600 Terrill Dr
Wellington, CO 80549

Jason Udan
1749 Sunny Crest Ln
Bonita, CA 91902


Jason VanderSluis
2212 Fancher Hts. Blvd
East Wenatchee, WA 98807


Jaymar Foronda
10433 Petty Lane
Stockton, CA 95212


Jayson Miller
1895 center ave
Martinez, CA 94553


Jed Ballesteros
442 Spring River Circle
Stockton, CA 95210


Jeff Gloyd
305 Pinyon St.
Frederick, CO 80530


Jeff Robertson
PO Box 1051
Lakeside, CA 92040


Jeff Scott
3760 Sixes Rd Suite 126-331
Canton, GA 30114


Jeffrey Johnson
11672 Dempsey Dr
Arlington, TN 38002

Jeffrey Seminoff
6144 Cozzens St.
San Diego, CA 92122


Jennifer Verdier
2100 Westchester Drive
Mansfield, TX 76063


Jensen Snow
4731 Landis St.
San Diego, CA 92105


jerardo causor
3684 Cedar Knoll ct
San jose, CA 95121


Jeremy Bennett
10370 SW Serena Way
Portland, OR 97224


Jeremy Hoffman
508 Llama Trail
Harker Heights, TX 76548


Jeremy Krehbiel
1108 Willowsprings Ct.
McPherson, KS 67460


Jesse Briscoe
6237 Old Jenks Rd
Apex, NC 27523


Jesse Calma
23616 Messina
Laguna Hills, CA 92653

Jesse Kreger
330 Anna Maria St
Livermore, CA 94550


Jessica Sutton
13 MAPLE TREE LANE
Eureka, MO 63025


Jim Barnett
2416 De La Vina
APT 1
Santa Barbera, CA 93105


Jim Means
5122 1/2 Via Valarta
San Diego, CA 92124


JMS 4X4 Customs
2290 Rancho Corona Dr
Corona, CA 92882


Joe Goldberg
15 Hewlett Ave
Point Lookout, NY 11569


Joe Protacio
24246 Kalanu Pl
Mi Wuk Village, CA 95346


Joel Ramos
91-1150 Hualewa Street
Ewa Beach, HI 96706


Joey Kleidosty
2157 Pacific ave a103
A103
Costa mesa, CA 92627

Joey Messett
12611 109th CT NE
APT J304
Kirkland, WA 98034


John Acunzo
7301 Belpine Place
#2
Rancho Cucamonga, CA 91730


John Adams
PO Box 1205
oracle, AZ 85623


John Agnor
4925 Odessa Ave
Fort Worth, TX 76133


John Bonner
669 Loring St
San Diego, CA 92109


John Chan-Tse
352 Concord Ave
Lexington, MA 02421


John Fugit
205 Hilltop Drive
Mt Washington, KY 40047


John Harold
16004 Legacy Rd
Tustin, CA 92782


John Meyer
8175 Caballo Way
Flagstaff, AZ 86004

John Newell
16225 N.E. Sullivan Lane
Newberg, OR 97132


John Overend
4281 Donna Marie Ct
Haymarket, VA 20169


Johnny Alvarado
2231 El Rancho Dr
Carson City, NV 89703


Jon Sheckler
3319 Chestnut Ave
Loveland, CO 80538


Jonathan DeKlotz
14917 283rd PL NE
Duvall, WA 98019


Jonathan Lituco
19912 Vanowen st.
Winnetka, CA 91306


Jonathan Marklin
374 Butler st apt3
Pittsburgh, PA 15223


Jonathon Daniels
1145 Kent Ct
Dixon, CA 95620


Jordan Forman
2212 McKinley St
Honolulu, HI 96822

Jose Campos
253 EBONY AVE
IMPERIAL BCH, CA 91932


Joseph Ball
PO Box 2643
San Anselmo, CA 94979


Joseph Davieau
202 Thornback Drive
Raeford, NC 28376


Joseph Edsmam
PO Box 61630
Honolulu, HI 96839


Joseph Korth
1302 24th St W # 233
Billings, MT 59102


Joseph Korth
1302 24th Street West # 233
Billings, MT 59102


Josh Hardy
8707 81st Dr. NE
Marysville, WA 98270


Josh Weaver
207 Saint Andrews Way
Shepherdsville, KY 40165


Joshua Hwang
431 El Camino Real
#4415
Santa Clara, CA 95050

Joshua Lane
3211 Shoshone st
Denver, CO 80211


Joshua Reller
9337 Arrowhead Bluff Avenue
Las Vegas, NV 89149


Juan Diego
340 Harbor Dr
Key Biscayne, FL 33149


Justin Gibson
395 Canyon Dr. #A
Pocatello, ID 83204


Justin Jensen
4407 Bee Caves Rd #422
Austin, TX 78746


Justin Pascarella
3821 E 117th Ave.
DENVER, CO 80233


Justin Ribbing
309 River View Ct.
LONGMONT, CO 80501


Justin Riley
2800 Kalmia Ave
B209
Boulder, CO 80301


Justin Wolfe
228 Sky Crest Dr
Grants Pass, OR 97527

Kaipo Yutaka Shiroma
45-673 Halemuku Way
Kaneohe, HI 96744


Kathryn Torres
2740 Gale Ave
Long Beach, CA 90810


Keith Page
355 Holland lakes dr
Pelham, AL 35124


Kelly Platter
810 Anderson Ave
Plumas Lake, CA 95961


Kenneth Knutson
9664 Dale Ave
Sunland, CA 91040


Kenny Tran
2007 s Evanston ct
Aurora, CO 80014


Kent Ingram
2000 Lorraine Dr
Aiken, SC 29801


Kent Wyatt
8177 S. Harvard #202
Tulsa, OK 74137


Kevin Franke
2101 S Hearthstone Ave
Tucson, AZ 85710

Kevin Hsieh
246 S. Leandro St.
Anaheim, CA 92807


Kevin Larkin
4145 E. Babbling Brook Dr.
tucson, AZ 85712


Kevin Lemus
425 N 20th Street
Montebello, CA 90640


Khae Saechao
1130 SW 25th Street
Troutdale, OR 97060


Khalid Alghussain
21529 Chickacoan Trail Drive
Broadlands, VA 20148


Khon Phanyavong
976 mosaic drive
Fort worth, TX 76179


Kunaal Kumar
5503 Nur Lane
Raleigh, NC 27606


Kustom 54 Lighting
255 Lambert Street
Unit 7
Oxnard, CA 93036


Kyle Knowlton
402 Riverside Dr
Sistersville, WV 26175

Kyle O'Cain
2004 Wyoming st.
Salt Lake City, UT 84108


Landon Pratt
1705 E Entrada Nueve
Tucson, AZ 85718


Larry Karpurk
321 W PALM LANE
PHOENIX, AZ 85003


Lasernut
1700 Industrial Avenue
Norco, CA 92860


Laurence Ruiz
16071 Doublegrove St.
La Puente, CA 91744


Leah Colombo
800 Jeffery Street
107
Boca Raton, FL 33487


Lee Borgioli
1356 N Redington Ave
Clovis, CA 93619


local 47
825 E Cassia Ln Unit D
Azusa, CA 91702


Logan Cloud
11108 chennault beach rd.
apt 2538
Mukilteo, WA 98275

Logan Sprague
2929 Montmorency Street
Henderson, NV 89044


Los Angeles City Fire Department
12433 Jolette Avenue
Granada Hills, CA 91344


Louie Cruz
94-872 Lelpua St
Apt A
Waipahu, HI 96797


Luke Hutchison
27 Sycamore Dr
Middletown, NY 10940


Main Line
3 Jorrocks Lane
Malvern, PA 19355


Manuel Flores
94-1479 Waipio Uka St
F205
Waipahu, HI 96797


Marcel Cafferata
970 Patricia Way
San Jose, CA 95125


Marco Higuera
4756 Idaho St
San Diego, CA 92116


Marcus Eder
1563 E Tameron Dr
Sandy, UT 84092

Mario Asp
4300 SW Murray Blvd
Beaverton, OR 97005


Mario Risueno
2675 grove avenue.
San Diego, CA 92154


Mario Velasquez
426 w. Gulfbank
Houston, TX 77037


mark belarmino
21500 lassen st
unit 135
chatsworth, CA 91311


Mark Brown
7103 April Wind Ave
Las Vegas, NV 89131


Mark Dunnam
86 golden pond lane
Poplarville, MS 39470


Mark Gehrman
28240 S Walsh Rd
Manhattan, IL 60442


Mark Meacham
1181 NE Granite Ridge St
Roseburg, OR 97470


Mark Nielsen
5109 Log Cabin Drive
Lakeland, FL 33810

Mark Pawliszewski
23311 Broadwell Ave
Torrance, CA 90502


Mark Roberto
4107 S 7th St
Tacoma, WA 98405


mark sheldon
153 harmon ave
pelham, NY 10803


MARTY NUSSBAUM
10991 E WINCHCOMB DR
SCOTTSDALE, AZ 85255


Marvin Uribe
801 E 19th Street
Santa Ana, CA 92706


Matheson Tri-Gas, Inc.
Dept LA 23793
Pasadena, CA 91185


Matt French
104 Statehouse Dr
Morrisville, NC 27560


Matt Glass
2316 Hobart Ave SW
Seattle, WA 98116


Matt Mangum
1319 33rd Street
SAN DIEGO, CA 92102

Matt Preuss
305 Connie Ct
Beulaville, NC 28518


Matthew Carlis
181 Del Medio Ave
Apt 305
Mountain View, CA 94040


Matthew Carr
10374 Hawkhurst Dr.
Cincinnati, OH 45231


Matthew Domingo
2838 B kaimuki ave
Honolulu, HI 96816


Matthew Lee
2436 Halelaau Pl
Honolulu, HI 96816


Matthew Lucas
2496 Hartford St
San Diego, CA 92110


Matthew Marlow
4685 Copper Sage St
Las Vegas, NV 89115


Matthew Turner
12803 West Ave
APT 7105
San ANtonio, TX 78216


Matthieu Salomon
2901 Oaklane Drive
Austin, TX 78704

Maui Offroad
94-1388 Moaniani St
Waipahu, HI 96797


max duncan
40 GROVESIDE DR
ALISO VIEJO, CA 92656


Max Gazarov
3240 Norcross Road
Erie, PA 16510


McMaster-Carr
9630 Norwalk Blvd.
Santa Fe Springs, CA 90670


MCT
182-21 150th Avenue
MCT 2394
Springfield Gardens, NY 11413


Mean Mother aka 3P
8580 Milliken Ave
Rancho Cucamonga, CA 91730


Metrotech
12351 grant street
340
Thornton, CO 80241


Micah Harkness
764 Grouse Dr
Spring Creek, NV 89815


Michael Blair
1306 Hewitt St
Wahiawa, HI 96786

Michael Bui
1092 kitchener cir.
san jose, CA 95121


Michael Del Rosario
119 n. pembroke avenue
margate, NJ 08402


michael dunn
3820 ascencion circle
las cruces, NM 88012


Michael Eby
410 Cactus Rd
Helena, MT 59602


Michael Hatfield
4225 me 60th street
Oklahoma city, OK 73112


Michael Jones
14307 SE 213th St
Kent, WA 98042-3149


Michael Mungoven
PO Box 1114
Homer, AK 99603


Michael Reed
4208 se risley ave
Milwaukie, OR 97267


Michael Tran
26 Madrid St
Tustin, CA 92780

```
Michael Yang
5435 Geary Blvd
San Francisco, CA 94121


Miguel Lujan
2934 Moki Ovi
Flagstaff, AZ 86005


Miguel Torres
4977 Carolina Place
San Diego, CA 92102


Mike Cote
9917 Scripps West View Way
#216
San Diego, CA 92131


Mike Lambert
626 2nd St
Ann Arbor, MI 48103


Mike Memmel
8420 Calleja Risa
El Cajon, CA 92021


Mike Rosario
17131 Michaels Ave
Cerritos, CA 90703


Mike Wyckoff
1268 14 Road
Loma, CO 81524


Miles Watanabe
91-6523 Kapolei parkway
Ewa beach, HI 96706
```

Misael Reyna
1605 w v  a rancho pkwy
Escondido, CA 92029


Mission Federal Credit Union
Attn: Bankruptcy
Po Box 919023
San Diego, CA 92191


NAPA
PO Box 1385
El Cajon, CA 92022


Nate Cordero
11651 Via Montana
Fontana, CA 92337


Nathan Jackson
1229 W 4800 S
Preston, ID 83263


Nathan Morland
834 Memory Ln
Santa Cruz, CA 95006


Nathan Wageley
11611 Vantage Hill Road
#21B
Reston, VA 20190


Neil Battad
92-1424 Palahia St.
Kapolei, HI 96707


NICHOLAS GARBE
3226 Woody Lane
San Jose, CA 95132

Nick Carney
16839 south yellow court
Phoenix, AZ 85048


Nick Donoghue
2239 North 72nd Place
Scottsdale, AZ 85257


Nick Henriksen
317 N. Granados Ave
Solana Beach, CA 92075


Nicole Mayer
504 San Pablo Court
San Dimas, CA 91773


Nikolas Radisi
11514 Kerman Dr
Cypress, TX 77429


Nolan Cerecedes
9702 blue reef dr
Huntington Beach, CA 92646


Odd Bird Inc
109 Windrush Lanne
Lafayette, LA 70506


ORW Off Road Warehouse
26645 Auto Parkway
Esconcido, CA 92029


ORW Off Road Warehouse
26901 Jefferson Ave.
Ste 101
Murrieta, CA 92562

Overland Consulting, LLC
1209 Talbryn Dr
Belmont, CA 94002-3737


Patrick Canning
115 Euclid Avenue
Los Gatos, CA 95030


Patrick Darke
211 Tealight Ln
Cary, NC 27513


Patrick Jo
7747 Mckinley Loop NE
Lacey, WA 98516


Patty Nemenz
PO BOX 27
Wofford Heights, CA 93285


Paul Askew
2990 Skipping Stone Drive
Apison, TN 37302


Paul Kokkinos
9347 Somerset Lane
Cypress, CA 90630


Paul Vasquez
PO BOX 991
Edna, TX 77957


Paula Burr
746 W Rosser St
Prescott, AZ 86301

PayPal
P.O. Box 71202
Charlotte, NC 28272


Pennymac Loan Services
Attn: Bankruptcy
Po Box 514387
Los Angeles, CA 90051


Performance & Off Road
103 Fremont Way
Lander, WY 82520


Pete Mountanos
13704 SKYLINE BLVD
WOODSIDE, CA 94062


Peter Santos
6975 Princess View Drive
San Diego, CA 92120


Petr Konoplev
3244 se115th ave
Portland, OR 97266


Philip Mendoza
1426 E Cortney Pl
Anaheim, CA 92805


Philip Villanueva
218 Military E
Benicia, CA 94510


phillip alba
793 north euclid avenue
upland, CA 91786

PJ Wolz
93 Sunrise Dr.
Hollister, CA 95023


PK Duncan
220 East Wilbur Road Apartment C
Thousand Oaks, CA 91360


Poly Performance
870 Industrial Way
San Luis Obispo, CA 93401


Quintin
3998 E Pony Tracklane
San Tan Valley, AZ 85140


Race Basics
1080 South Main Street
Andover, ME 04216


Rainer Caparas
9315 Windsor Lane NE Apt 302
Olympia, WA 98516


Rancho Industrial Park, LTD.
1811 Vista Grande Road
El Cajon, CA 92019


Randall Hane
24 Sandy Pond Road
Ladera Ranch, CA 92694


Randy Hernandez
18410 Desidia St
Apt B
Rowland Heights, CA 91748

Ravean Kretowicz
815 1/2 Coast Blvd S
La Jolla, CA 92037


Raymond bousemaan
4500 taylor st
hollywood, FL 33021


Reed Scherer
1452 Elevation Road
San Diego, CA 92110


Renfro Logging
328 highway 55
Horseshoe Bend, ID 83629


Ricardo Torres
14321 Kinley Dr
Healdsburg, CA 95448


Richard Tran
2148 S Fremont ave
38
Alhambra, CA 91803


Rico Larroque
1801 E Katella Ave
#1074
Anaheim, CA 92805


RIGd Supply
134 S Glassell Street, Suite E,
Orange, CA 92866


Riot, LLC
353 West 200 South
Suite 101
Salt Lake City, UT 84101

Robbie Arbebieo
2318 Stone Cross Cir
Orlando, FL 32828


Robert Arevalo
166 Santa Paula Dr.
Colma, CA 94015


Robert Benjamin
16 Jessie Road
Eastport, NY 11941


Robert Dennis
26515 n broadway
escondido, CA 92026


Robert Jones
1005 Crescent Drive
St. Charles, MO 63301


Robert Tate
16023 N Eldridge Dr
Holt, MO 84048


Robert Thuresson
13391 LOWELL CIR
WESTMINSTER, CA 92683


Rodell Esteban
6684 SE Ariel St
Hillsboro, OR 97123


Rodney Sherrick
283 Joaquin Street
Crescent City, CA 95531

Rodolfo Chapa
650 West Cross St unit 49
Houston, TX 77018


rustin seyle
1749 hawthorne rd
bethlehem, PA 18015


Ryan Bedgood
62 Merrimar Court
Benson, NC 27504


Ryan Burch
6106 Fire Opal Dr.
Bakersfield, CA 93313


Ryan Candage
13522 Cascade St.
Broomfield, CO 80020


Ryan Ewald
6004 Montana Lane
Vancouver, WA 98661


Ryan Hamilton
4635 Gordon Dr
Boulder, CO 80305


Ryan Omang
1074 Mount Dana Drive
Chula Vista, CA 91913


Ryan Parker
630 Pearce Mill Rd
Wexford, PA 15090

Ryan Roper
866 Glen Molly dr
Sparks, NV 89434


Ryan Swinehart
41 5th Street
Cayucos, CA 93430


Rylan Akama
787 Hahaione St
Honolulu, HI 96825


Salvador Espinosa
6300 Milgen Rd
Apt 1294
Columbus, GA 31907


Salvador Rivera
3745 Bianca St
Edinburg, TX 78539


Sam McCleneghan
432 Ptarmigan Ranch Rd
Dillon, CO 80435


Samuel Boggd
738 Edgar Ave
Beaumont, CA 92223


Samuel Walls
7216 stanford court nw
Bremerton, WA 98311


San Diego County Credit Union
Attn: Bankruptcy
555 Mildred St
San Diego, CA 92110

SAP America
19 Fenimore Road
365
Lumberton, NJ 08048


Scott Danielson
3937 Abbott Ave S
Minneapolis, MN 55410


SDG&E
PO BOX 25111
Santa Ana, CA 92799


SDHQ Offroad
1720 W Elliot Rd Suite 101
Gilbert, AZ 85233


Sean Bascom
12527 Babazon PL
San Diego, CA 92129


sean jennings
5873 E Kathleen Rd
Scottsdale, AZ 85254


Seth Stoeckley
17 Skylark Drive
Apt. 24
Larkspur, CA 94939


Seth Willardsen
7 vintage dr
Newport Beach, CA 92660


Shane Alfer
10882 North Fishermans Landing
Yuma, AZ 85365

Sharif Sawires
1920 Ward Street
Berkely, CA 94703


Shawn Joyce
PO BOX 1445
Lincoln, CA 95648


Shawn Kasner
101 W Mariposa Dr
Redlands, CA 92373


Shawn Kimble
2336 SW Romar Rd
Topeka, KS 66614


Shawn Ryan
20391 Ravenwood Ln
Huntington Beach, CA 92646


Shawn Vetterli
9013 Crowely Way
Elk Grove, CA 95624


Shay Wasserman
1409 Wind Star Way
Forth Worth, TX 76108


Sheldon Uyetake
PO Box 61414
Honolulu, HI 96839


Simms Fishing Products
27901 norris road
number 65
bozeman, MT 59718

Singular Care
2817 Miller Ranch Road
Suite 333
Pearland, TX 77584


SliderGB
35 Via Sovana
Santee, CA 92071


Socal Suspension
275 N Marshall Ave
El Cajon, CA 92020


SOS
375 nw Gilman blvd
C-203
Issaquah, WA 98027


Sou Saefong
860 Canby Rd apt 42.
Redding, CA 96003


Speed and Truck World
Dino Stavrinos
1060 W Sunrise Blkvd
Fort Lauderdale, FL 33311


Spencer Jackson
3282 hammer street
Klamath falls, OR 97603


Stagecoach Equity, llc
2450 Atascadero rd
Morro Bay, CA 93442


STANLEY M. Fisher
59 NEWTON DRIVE
DURHAM, NC 27707

Stanley Nam
222 HIGHLAND LOOP
MORENCI, AZ 85540


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279


Stefen Schmidt
7859 E New Leaf Place
Tucson, AZ 85756


Stephen Miller
179 Prairie Street
Concord, MA 01742


Steve Ayotte
337 E Bluebell Ln
Tempe, AZ 85202


Steve Freeman
13 Versaggi Dr
St Augustine, FL 32080


Steve Kunkel
2312 E Campbell Ave.
Phoenix, AZ 85016


Steve Oliff
9285 Elk Run RD
Catlett, VA 20119


Steve Vang
1540 hammonton smartsville road
3
marysville, CA 95901

Steven Bush
5203 Bancroft Hts
Colorado Springs, CO 80906


Steven Cloherty
11050 14th Ave NE
Seattle, WA 98125


Steven Connor
726 Temple St
San Diego, CA 92106


Steven Plantin
3738 Ramsgate Dr.
Annapolis, MD 21403


Steven Simmons
1903 Henderson Dr.
Tyler, TX 75701


Steven Wells
6718 West Valynn Dr.
Herriman, UT 84096


Sundy Hin
3057 Indianapolis Ave
Clovis, CA 93611


Synchrony Bank/TJX
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Tanner Bell
417 Jack Coleman Dr.
Huntsville, AL 35805

```
TAV-Tactical Application
9920 Trumbull Ave
Albuquerque, NM 87123


The 4x4 Shop
174 S. L St.
Livermore, CA 94550


Theodore Chiodo
7620 Baimbridge Dr
Donners Grove, IL 60516


Thomas Beynon
6035 barna ave
Titusville, FL 32780


Thomas Killian
760 Acorn Drive
Brick, NJ 08723


Tim Alvarez
1 W Campbell Ave
1073
Phoenix, AZ 85013


Timothy Brown
60 Upper Rock Circle
Apt 166
Rockville, MD 20850


Tire Warehouse
240 Teller St.
Corona, CA 92879


TJ Toney
1609 Jordan Dr.
Moore, OK 73160
```

Todd King
1777 Conifer Dr
Lake Oswego, OR 97034


Tom Bickerstaff
222 Snug Harbour Dr
Shalimar, FL 32579


Tom Sammis
PO BOX 440248
Kennesaw, GA 30160


Tony Nguyen
2170 St. Croix Ct.
Lemon Grove, CA 91945


Tony Ronchi
C/O Paradigm Performance
1344 University Ave #5000
Rochester, NY 14607


Tony Santiago
3820 Kenwood Drive
Spring Valley, CA 91977


Tony Teague
4330 Silver Bay St
Las Vegas, NV 89147


TORN SAETERN
8428 RENTON AVE S
SEATTLE, WA 98118


Total Autopros
5301 N 16th St
Phoenix, AZ 85016

Traci Meyer
7301 Belpine Place
#2
Rancho Cucamonga, CA 91730


Travis Diller
7406 Varsity LN Ne
Bremerton, WA 98311


Travis Hess
300 Moorpark Ave.
102
Moorpark, CA 91302


Travis Howard
13011 e bellechase st
wichita, KS 67230


Tyler Feigel
509 Del Mar St
Apt 1303
Midland, TX 79703


Tyler Hurley
76 Portsmouth Dr.
Novato, CA 94949


Tyler Neiswender
2223 Ascot st
Corona, CA 92879


Tyler Shaw
1859 28th St. Apt 569
Denver, CO 80216


Tyler Szymanski
CMR 402 Box 1794
APO, AE 09180

Tyler Washburn
113 Alma Mater Drive
303
State College, PA 16803


Ulises Santana
15624 Amar Rd
H
La Puente, CA 91744


United States Air Force
333 Bluefish Dr
Unit 102
Fort Walton Beach, FL 32503


United States Airforce
2065 Sycamore Drive unit B
grand forks afb, ND 58204


Valley Powdercoating
c/o Ivan Salzedo
6530 Federal Blvd
Lemon Grove, CA 91945


Versionex auto body
1125 Bailey Hill Rd
13
Eugene, OR 97405


Victor Carreras
10565 Caminito Vasswood
San DIego, CA 92131


Victor Guido
1031 s circle dr
Kingsville, TX 78363

Voigtinc
20 Old Ranch Rd
Laguna Niguel, CA 92677


Wade Seth
1126 Grand Ave
Grand Junction, CO 81501


Walter Faulconer
87-849 Farrington Hwy
Waianae, HI 96792


Wayland Pearce
5356 indian trail
Suffolk, VA 23434


Wayne Smith
6522 E Waterton Ave
Orange, CA 92867


William Beck
2132 Lupine
Lake Forest, CA 92630


William Cassels
418 Longtime Lane
Sedro Woolley, WA 98284


William Gantt
3213 W Wheeler St #140
Seattle, WA 98199


William Liu
436 Peninsula Ave
San Francisco, CA 94134

William Perry
458 S Tradition St
Mountain House, CA 95391


William Turner
PO Box 4544
Rollingbay, WA 98061


World Famous 4x4
3075 N Lima St
Burbank, CA 91504


Xavier Bailey
2237 Hurley way
Sacramento, CA 95825


Yi Dong
95-1363 Wikao St
Mililani, HI 96789


Zac Fellows
18632 Demion Ln
Huntingon Beach, CA 92646


Zac h Barakeh
6813 e harry
wichita, KS 67207


Zac Shares
49 Hopkins st B
Mt morris, NY 14510


Zach Petzold
704 Huron St
Shreveport, LA 71106

Zach Solomon
2805 GERKEN PLACE
OCEANSIDE, NY 11572


Zak Hawthorne
3125 Ledgewood Dr
Los Angeles, CA 90068


Zaragoza Realtors
1100 ADELLA AVE
Unit 27
CORONADO, CA 92118-2164

**CSD 1801** [12/01/16]
Name, Address, Telephone No. & I.D. No.
**Ajay Gupta 242132**
**1620 5th Avenue, #650**
**San Diego, CA 92101**
**(619) 866-3444**
**242132 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Tyler Pelfrey**
**Satin Pelfrey**

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

PART I - DECLARATION OF PETITIONER

I [We] __Tyler Pelfrey__ and __Satin Pelfrey__ , the debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this **Declaration Re: Electronic Filing** is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this **Declaration** will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

■     [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

☐     [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: **September  6, 2018**

Signed:     **/s/ Tyler Pelfrey**                          **/s/ Satin Pelfrey**
            **Tyler Pelfrey**                              **Satin Pelfrey**
            *(Debtor)                                      *(Joint Debtor)
            *If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).  In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: **September  6, 2018**

                                          **/s/ Ajay Gupta**
                                          **Ajay Gupta 242132**
                                          Attorney for Debtor(s)

**CSD 1801**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy