# Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 9/7/2018
Case: 18–05409–MM7     Form ID: 184     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     Ajay Gupta     ajay@guptalc.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tyler Pelfrey     1214 Anna Rose Lane     Ramona, CA 92065
jdb    Satin Pelfrey     1214 Anna Rose Lane     Ramona, CA 92065

TOTAL: 2