Certificate Number: 15557-CAS-CC-031535068



15557-CAS-CC-031535068

## C<span/>ERTIFICATE O<span/>F C<span/>OUNSELING

I CERTIFY that on August 27, 2018, at 9:34 o'clock PM PDT, Tyler Pelfrey received from Urgent Credit Counseling, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   August 27, 2018              By:    /s/Angelica Caccavo

                                     Name:  Angelica Caccavo

                                     Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).