# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 9/7/2018 |
| Case: 18–05409–MM7 | Form ID: 309A | Total: 598 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Tyler Pelfrey        1214 Anna Rose Lane        Ramona, CA 92065
jdb         Satin Pelfrey        1214 Anna Rose Lane        Ramona, CA 92065
ust         United States Trustee        Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101
tr          Gerald H. Davis        Gerald H. Davis        PO Box 124539        San Diego, CA 92112–4539
aty         Ajay Gupta        Gupta Legal Center        1620 5th Avenue, Suite 650        San Diego, CA 92101
smg         United States Trustee        Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101
smg         Employment Develop. Dept., State of CA        Bankruptcy Unit – MIC 92E        P.O. Box 826880        Sacramento, CA 94280
smg         Div. of Labor Standards Enforcement        7575 Metropolitan Drive, Suite 210        San Diego, CA 92108
smg         California Department of Tax and Fee Administration        Account Information Group, MIC:29        P.O. Box 942879        Sacramento, CA 94279–0029
smg         Dun & Bradstreet        Attn: Lynne Roberts, 2nd Floor        3501 Corporate Parkway        PO Box 520        Center Valley, PA 18034–0520
smg         Franchise Tax Board        Attn: Bankruptcy        P.O. Box 2952        Sacramento, CA 95812–2952
14486956    4 Wheel Parts Oakland        38 Hegenberger Ct.        Store 12        Oakland, CA 94577
14486957    A Dan Recob        3008 Cheverly Ave        Cheverly, ME 20785
14486997    APL Glass Windows        750 E Garvey Ave Ste B        Monterey Park, CA 91755
14486998    AQ Painting        4250 Balboa St.        San Francisco, CA 91755
14486999    ASPEX (DBG)        12130 Dearborn pl.        Poway, CA 92064
14486958    Aaron Herbert        1113 Quail Hollow Cir        Garland, TX 75043
14486959    Aaron Satterfield        5503 Nur Lane        Raleigh, NC 27606
14486960    Abel Muniz        86 Sandcastle        Aliso Viejo, CA 92656
14486961    Adam Batty        5428 Tanglewood Rd.        Cross Lanes, WV 25313
14486962    Adam Coghlan        2300 W County Road 38 E        lot 144        fort collins, CO 80526
14486963    Adam Hanohano        91–1067 Kuhina St        Ewa Beach, HI 96706
14486964    Adam Saint–Prix        1001 46th Street #308        Emeryville, CA 94608
14486965    Adam Wright        48 Wave Ave        Wakefield, MA 01880
14486966    Adventure Wired        9707 Erin Way        Apt 203        Santee, CA 92071
14486967    Aiden Greenizer        26404 St Rte 9 NE        Arlington, WA 98223
14486968    Alex Gehlert        834 Via Seville        Livermore, CA 94550
14486969    Alex Hernandez        156 Kentwood Dr        Alabaster, AL 35007
14486970    Alex Kallenberger        290 A Arroyo Salado        Santa Fe, NM 87508
14486971    Alex Moore        1140 E Ocean blvd, Unit 326        Long Beach, CA 90802
14486972    Alex Murrell        1835 SE Main St        Portland, OR 97214
14486973    Alex Parker        11602 Boyd Bay        San Antonio, TX 78221
14486974    Alex Shushunov        4375 Marshall St.        Wheat Ridge, CO 80033
14486975    Alexander Chan        108 Desert Forest Court        Austin, TX 78738
14486976    Alfredo Padilla        1629 East Harris        San Angelo, TX 76905
14486977    Alfredo R. Loperena Sr.        1671 Alaquinas Dr.        San Diego, CA 92173
14486978    Alison Thompson        6025 Via Canada Del Osito        Rancho Santa Fe, CA 92067
14486979    Allan Barlow        4329 Blagden Ave NW        Washington, DC 20011
14486980    Alonzo Verdin        1463 felspar st        san diego, CA 92109
14486981    Alvin Ducharme        2909 Fox Hill Dr,        Rocklin, CA 95765
14486982    Alvin Wong        2624 Maxwell Ave        Oakland, CA 94619
14486983    Amex        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998
14486984    Andre Ramirez        1247 Walnut Canyon Rd        Moorpark, CA 93021
14486985    Andres Camberos        2934 Babbling Brook Rd        Chula Vista, CA 91914
14486986    Andrew Golden        1945 N. Garrett Avenue #2001        Dallas, TX 75206
14486987    Andrew Goza        PO BOX 130        Elgin, SC 29045
14486988    Andrew Hickman        10260 Mott Dr        Reno, NV 89521
14486989    Andrew Jackson        738 North High Ground Drive        Dammeron Valley, UT 84783
14486990    Andrew Larsom        17 West 300 south        Midway, UT 84049
14486991    Andrew Liu        2406 N Washington St        Denver, CO 80205
14486992    Andrew Luke        1908 Reston Metro Plz.        Apt. 1620        Reston, VA 20190
14486993    Andy Lobue        630 NW Wallula Ave        Gresham, OR 97030
14486994    Andy Vasquez        729 Orange Ave        Coronado, CA 92118
14486995    Angel Cruz        59 Oxford St.        Chula Vista, CA 91911
14486996    Anthony Jackson        900 w. winnie ln        Carson City, NV 89703
14487000    Ausencio Ariza        926 W Philidelphia        Ontartio, CA 91762
14487001    Austin Cooper        5441 Port Royal Dr        Virginia beach, VA 23462
14487002    Austin Fruechting        3706 Jefferson St        Kansas City, MO 64111
14487003    Austin Haidinyak        983 10th Loop NE #103        Issaquah, WA 98029
14487004    Austin Mills        22257 E Lake Lane        Centennial, CO 80015
14487005    Austin Reza        11272 Dorland Street        Whittier, CA 90606
14487006    Austin Rossi        2200 Sheffield Dr        Fort Collins, CO 80526
14487024    BRETT CARTER        1809 ST. ANDREWS DR        CLOVIS, NM 88101
14487007    Baja Designs        c/o Kirby/Scully/Johnston        185 Bosstick Blvd        San Marcos, CA 92069

```
14487008    Bank Of America        Attn: Bankruptcy      Po Box 982238       El Paso, TX 79998
14487009    Ben Denniston      12972 SE 222nd DR        Damascus, OR 97089
14487010    Bennett Wetch        2242 Pine Meadow Dr.      Salt Lake City, UT 84017
14487011    Bert Ho      1954 W 66th Ave        Denver, CO 80221
14487012    Bite Me Kitchen Inc        1016 Bridgewater Way        Costa Mesa, CA 92627
14487013    Blaine Brown      6 Sandestin Estates Dr      Miramar Beach, FL 32550
14487014    Boss 4x4      28039 Scott Rd., Ste D–391      Murrieta, CA 92563
14487015    Bradley Roberts        4720 S Dudley Street #57      Littleton, CO 80123
14487016    Brandon DeFeo        36 BeeBe Run Road      Bridgeton, NJ 08302
14487017    Brandon Kenney        4079 Red Wing Trl      Stow, OH 44224
14487018    Brandon Sanchez        94–1005 Lumihoahu St      Waipahu, HI 96797
14487019    Brandon Schmidt        19909 E Willow Dr      Queen Creek, AZ 85142
14487020    Brandon Thomason        1205 Lyons Lane      El Cajon, CA 92021
14487021    Brandon Werth        1832 Fairfax Court South      St Johns, FL 32259
14487022    Brandon Yoon        910 s Gramercy place        Apt 212        Los Angeles, CA 90019
14487023    Brandy Richardson        1691 Rock Rose Ct      Lebanon, OH 45036
14487025    Brett Dawson      1065 Marne Blvd      Hinesville, GA 31313
14487026    Brett Hannah      2330 Moss Ave      Los Angeles, CA 90065
14487027    Brian Agito      1301 Colorado Blvd        APT 1        Los Angeles, CA 90041
14487028    Brian Buckner        408 NE Tahoe Dr      Blue Springs, MO 64014
14487029    Brian Fuselier      6085 W 83rd Place        Arvada, CO 80003
14487030    Broke and Poor Surplus        111 Thrasher Road        plant city, FL 33566
14487031    Bruce Harris      4064 ne 18th Ave        Portland, OR 97212
14487032    Bruce Lutz      16495 Valparaiso Way        Redding, CA 96001
14487033    Bryan Garcia      3738 N Octavia Avenue        Chicago, IL 60634
14487034    Bryan Silvey      1829 Aleppo Ct.        Thousand Oaks, CA 91362
14487035    Bryan St Martin        BryanSt Martin        Unit 94        Denver, CO 80239
14487036    Bryan Vogel      2724 N County Rd 23      Bellvue, CO 80512
14487037    Bryant Bainbridge        3700 SW Dosch Ct        portland, OR 97221
14487038    Bryant Panyarachun        1486 Parkmont Dr.        San Jose, CA 95131
14487039    Bryce Miltenberger        18 Epping Forest way,        Sugar Land, TX 77479
14487089    CRD Manufacturing        1539 West Orange Grove Avenue        Suite A        Orange, CA 92868
14487040    Cal Mesa      31682 Dunlap Blvd.      Yucaipa, CA 92399
14487041    Carl Aune      4074 N Boulder Canyon Place        Tucson, AZ 85750
14487043    Casey Anda      1928 Purdy Avenue        Miami Beach, FL 33139
14487044    Cesar Michel      1322 S Hesperian Street        Santa Ana, CA 92704
14487045    Chad De Alva      3790 S Big Valley Trail      Flagstaff, AZ 86005
14487046    Chance Hayward      11354 W 1 St Street        POB 273        Star, ID 83651
14487047    Charles Cox      1814 Magenta Ct Unit 5      Chula Vista, CA 91913
14487048    Charles Nguyen        21250 SW Rosedale Road      Beaverton, OR 97078
14487049    Charlie Ung      12365 Calle Alvara        Unit 4        El Cajon, CA 92019
14487050    Chase Gillispie      1078 American Ridge Rd        Kendrick, ID 83537
14487051    Chase Nau      125 sweet 130th ave        Beaverton, OR 97005
14487052    Chaz Hart      12 Red Rock Ct      Bozeman, MT 59718–8636
14487053    Cheng Thao      8260 Summer Falls Circle      Sacramento, CA 95828
14487054    Choice Builder      721 S Parker, Suite 200      Orange, CA 92868
14487055    Chris Craig      119 Lamb St        Fayetteville, NC 28305
14487056    Chris Harney      170 Holdman Ave.      Sierra Madre, CA 91024
14487057    Chris J Harney Electrical Services        170 Holdman Ave.        Sierra Madre, CA 91024
14487058    Chris Padavona      3318 VILLAGE DR      CASTRO VALLEY, CA 94546
14487059    Chris Parsons      14732 Cork Dr        Chino Hills, CA 91709
14487061    Chris Purkey      2504 S Imperial St      Slc, UT 84106
14487062    Chris Robleto      395 Montezuma Ave      Forest Knolls, CA 94933
14487060    Chris phaneuf      20 maple st        easthampton, MA 01027
14487065    Christopher Dakis      526 Windermere Dr.      Culpeper, VA 22701
14487066    Christopher Hughes      303 river village      Fallon, NV 89406
14487067    Christopher Purevich      7325 Robinson St      Overland Park, KS 66204
14487068    Cintas      PO Box 29059      Phoenix, AZ 85038
14487069    Citibank/The Home Depot      Attn: Recovery/Centralized Bankruptcy        Po Box 790034        St Louis, MO
            63179
14487070    Citicards      Citicorp Credit Services/Attn: Centraliz        Po Box 790040        Saint Louis, MO 63179
14487071    Clark Campbell      6685 Aviston Street      Las Vegas, NV 89148
14487072    Clay Bowen      2283 Turnpike Rd      Raeford, NC 28376
14487073    Clay Nussbaum      2929 Moser Road      Dalton, OH 44618
14487074    Clayton Hafernik      8464 Trudeau ave      Las Vegas, NV 89143
14487075    Clayton Simms      707 E. Adoue      Baytown, TX 77520
14487076    Cody Cousins      5112 West Point Loma Blvd      San Diego, CA 92107
14487077    Cody Parker      3458 sw Indian place      redmond, OR 97756
14487078    Colin Fawcett      7432 SE 114th Ave      Portland, OR 97266
14487079    Colin Flauta      1041 Hayes Ave      San Diego, CA 92103
14487080    Colton Lindaman      15815 Hollytree dr      Houston, TX 77068
14487081    Comenity Bank/Victoria Secret      Attn: Bankruptcy Dept        Po Box 182125        Columbus, OH 45318
14487082    Comenitycapital/ultamc      Attn: Bankruptcy Dept        Po Box 182125        Columbus, OH 43218
14487083    Connor Tillett      1766 Republic St        SD, CA 92114
14487084    Corey Longsreth      19200 South Reyes Avenue        Rancho Dominguez, CA 90221
14487085    Corey Oniell      PO BOX 20      Gustavus, AK 99826
14487086    Cory Busby      2202 B St        Bakersfield, CA 92301
```

14487087    Costco Go Anywhere Citicard    Citicorp Credit Services/Centralized Ban    Po Box 790040    St. Louis, MO 64195
14487088    Cox Communications    6205–B Peachtree Dunwudy Rd NE    Atlanta, GA 30328
14487090    Cute nails LLC    654 s commercial st    Harrisonville, MO 64701
14487102    DARAN KANBARA    13593 GRAY HAWK COURT    EASTVALE, CA 92880
14487122    DJ Singleton    10623 W Ross Ave    Pioria, AZ 85382
14487125    DOMETIC GB 2018    2305 129th PL SE,    Everett, WA 98208
14487124    DOMETIC GB 2018    8935 Renoir Ct,    Fair Oaks, CA 95628
14487091    Dale Burt    533 W 23rd St    #10    San Pedro, CA 90731
14487092    Damien Germano    2561 1st Ave    apt c    San Diego, CA 92103
14487093    Dan Bolton    7252 east Granada road    Scottsdale, AZ 85257
14487094    Daniel Barrios    795 Shell Ave.    Martinez, CA 94553
14487095    Daniel Edelstein    18027 Sea Reef Dr    Pacific Palisades, CA 90272
14487096    Daniel Gomez    7815 E Lynwood Cir    Mesa, AZ 85207
14487097    Daniel Nemnich    589 River Road    Bliss, ID 83314
14487098    Daniel Zachary Wilson    2010 N. Village Dr.    Tucson, AZ 85712
14487099    Daniele Piccinonno    3 Sparrow Lane    Danvers, MA 01923
14487100    Danny Calderon    8186 Lemon Gove Way    Lemon Grove, CA 91945
14487101    Danny Zincke    233 Horse Hill    Boerne, TX 78006
14487104    Darren McMahon    12190 Abington HAll PL    Reston, VA 20190
14487105    Darryl Lamano    11507 Foster Rd.    Norwalk, CA 90650
14487106    Dave Durand    21291 Bishop Dr    Mission Viejo, CA 92692
14487107    David Allred    333 Bubble Creek Ct    Unit 10    Fayetteville, NC 28311
14487108    David Englin    770 S Grand Ave, Apt 4056    Los Angeles, CA 90017
14487109    David Kennedy    927 NE 72 Terrace    Miami, FL 33138
14487110    David Perez    354 Wadsworth Cirlce    Longmont, CO 80504
14487111    David Schmutz    7238 Brittany Town Dr.    West Jordan, UT 84084
14487112    Derek Han    9425 Silent Oak Ct    Las Vegas, NV 89149
14487113    Derin Akyar    13314 NE 104th Street    Kirkland, WA 98033
14487114    Derrick Holland    7180 Kestrel Drive    Missoula, MT 59808
14487115    Derryck Zimmerman    830 Donegal Court    Orange Park, FL 32065
14487116    Desert Rat    10701 N 19th Ave    Phoenix, AZ 85029
14487117    Desmond Cheung    782 N 10th St    Unit 2    San Jose, CA 95112
14487118    Desoto Ford    3039 SE Hwy 70    Arcadia, FL 34266
14487119    Dirty Parts    Dirty Parts    12012 West Washington Blvd.    Los Angeles, CA 90066
14487120    Discover Financial    Po Box 3025    New Albany, OH 43054
14487121    Divided Vine    861 N. Higley Rd. #116    Gilbert, AZ 85234
14487123    Dometic GB 2018    404 Ashley Meadow Ln,    Jacksonville, NC 25846
14487126    Donald O'Sullivan    2531 Haymond Ave    River Grove, IL 60171
14487127    Donovan Tree    PO BOX 183    PARSONSFIELD, ME 04047
14487128    Doug Whetstine    8480 Zeta Street    La Mesa, CA 91942
14487130    Dustin Baker    215 Mary Pat Dr    Grand Prairie, TX 75052
14487131    Dustin McGraw    5813 Butterfly Ct    Temple, TX 76502
14487132    Dustin Messina    306 Mary Ann Dr    Brandon, MS 39042
14487133    Dustin Nelson    105 La Isla Ln    Corrales, NM 87048
14487134    Dylan Baker–Rice    244 Carlton Ave.    #2    Brooklyn, NY 11205
14487135    Ed Hunt    1111 S. Shoshone St.    Boise, ID 83705
14487136    Edbert Chen    1250 North Lindley Street,    Azusa, CA 91702
14487137    Edward Griffin    840 N Easley Canyon Road    Glendora, CA 91741
14487138    Edwin Miranda    5521 Via Mira Flores    Newbury Park, CA 91320
14487139    Elliott Larson    15927 Gold Hill Road    Boulder, CO 80302
14487140    Elliott Strickler    2844 Velarde Dr    Thousand Oaks, CA 91360
14487141    Emelia Vargas    3405 Avenida Curvatura    Albuquerque, NM 87107
14487142    Enzeel Wakeboarding    801 Chestnut St    Clermont, FL 34711
14487143    Eric Alonzo    1 Sewall st    Melrose, MA 02176
14487144    Eric Cooper    1623 Willow St    Fairbanks, AK 99709
14487145    Eric Sanchez    6946 lerwick ct    Alexandria, VA 22315
14487146    Eric Santos    9770 Graceland Way    San Diego, CA 92129
14487147    Erik Arbit    9260 E. Dreyfus Pl.    Scottsdale, AZ 85260
14487148    Ernest Packaging Solutions    1345 Sycamore Avenue,    Vista, CA 92081
14487149    Evan Becket    307 Terra Bella    Irvine, CA 92602
14487150    Evan Husted    1306 Petree St    El Cajon, CA 92020
14487151    Evans Tire    1445 Magnolia Ave    El Cajon, CA 92020
14487152    F. Austin    10410 S Cutting Horse Dr.    Unit 122    vail, AZ 85641
14487153    Fate Inc    1015 S Crocker St    Q18    Los Angeles, CA 90021
14487155    FedEx Freight    DEPT LA PO BOX 21415    PASADENA, CA 91185
14487154    FedEx Freight    c/o Synter Resource Group, LLC    5935 Rovers Ave. Suite 102    Charleston, SC 29406
14487156    FedEx Parcel    PO BOX 7221    PASADENA, CA 91109
14487157    Findlay Toyota Flagstaff    310 N Gibson Rd    Henderson, NV 89014
14487158    First Electronic Bank    Attn: Bankruptcy    Po Box 521271    Salt Lake City, UT 84152
14487159    Flying S Aviation    9382 Stockmar Rd    Villa Rica, GA 30180
14487160    Forrest Shmidl    11010 Kimes Park Dr    San Antonio, TX 78249
14487161    Francisco Campos    13655 Pimo St.    Armona, CA 93202
14487162    Frank Retotal    64 Piina Place    Lahaina, HI 96761
14487163    Frisco Campo    1446 E 8th St.    C    National City, CA 91950
14487164    Futuro Inc    371A Islington St    Portsmouth, NH 03801
14487165    Gabe Hill    9225 Tudor Park PL    Las Vegas, NV 89145

| | | | |
|---|---|---|---|
| 14487166 | Gabriel Ocampo | 351 winslow ave | Long beach, CA 90814 |
| 14487167 | Galen Pang | 1825 Dole St. | Honolulu, HI 96822 |
| 14487168 | Garrett De Witt | 22855 Bravo PL | Salinas, CA 93908 |
| 14487169 | Garryck Hampton | 3801 Orinda Drive | San Mateo, CA 94403 |
| 14487170 | Gentelmens Barbershop | 520 s Indian canyon dr. | Palm Springs, CA 92264 |
| 14487171 | Geovanni Solorzano | 2242 E 124th St | Compton, CA 90222 |
| 14487172 | Gerardo Salgado | 833 Tumbleweed | Salinas, CA 93905 |
| 14487173 | Glenn Bigsby | 12761 Fisher St | Englewood, CO 80112 |
| 14487174 | Green Tree Fab | 6626 Greenwood Street | Anchorage, AK 99518 |
| 14487175 | Greg Chavdarian | 74–5214 Kihawahine place | Kailua Kona, HI 96740 |
| 14487176 | Greg Gong | 9601 Spring Oak Drive | Bakersfield, CA 93311 |
| 14487177 | Greg Towne | 4701 Parks Ave | La Mesa, CA 91942 |
| 14487178 | Gregory Helbig | 2520 Van Hoeks Cir | Modesto, CA 95356 |
| 14487179 | Gulzeb Niazi | 9224 Oldwest Trl | Fort Worth, TX 76131 |
| 14487180 | Harpers Bitterroot Valley Tire Center | 4026 Us Highway 93 N. | Stevensville, MT 59870 |
| 14487181 | Hayes Bolt & Supply | 2950–52 National Ave. | San Diego, CA 92113 |
| 14487182 | Hayes Bolt & Supply | 2950–52 National Avenue | San Diego, CA 92113 |
| 14487183 | High Country Performance 4x4 | 1695 West Hamilton PL | Englewood, CO 80110 |
| 14487184 | Holly Moreno | 180 Park Rd | Burlingame, CA 94010 |
| 14487185 | Ian Anonuevo | 576 Knights Circle | Valejo, CA 94591 |
| 14487186 | Industry FTH | 1228 San Gabriel Ave | Henderson, NV 89002 |
| 14487187 | Isaiah Marin | 2008 S Bushnell Ave | Alhambra, CA 91803 |
| 14487188 | Island Rovers | 6 Wildwood Dr | Sound Beach, NY 11789 |
| 14487230 | JMS 4X4 Customs | 2290 Rancho Corona Dr | Corona, CA 92882 |
| 14487189 | Jacob Arijanto | 1989 S. 2100 E. | Unit B | Salt Lake City, UT 84108 |
| 14487190 | Jacob Miyara | 8337 Streng Ave | Citrus Heights, CA 95610 |
| 14487191 | Jacob Sanchez | 11124 NE Halsey ST | STE 690 | Portland, OR 97220 |
| 14487192 | Jacob Sanchez | 11125 NE Halsey ST | STE 691 | Portland, OR 97221 |
| 14487194 | Jaime Morando | 245 East Trinity Place | Decatur, GA 30030 |
| 14487195 | Jake Carr | 35295 West Jefferson ave | Rockwood, MI 48173 |
| 14487196 | Jake Crandall | 312 Alta Vista Circle | Travelers Rest, SC 29690 |
| 14487197 | James Ethan Marlow | 505 Dalton Ct | Dalton, GA 30721 |
| 14487198 | Jamie Dahl | 774 Jeffery Street | South Lake Tahoe, CA 96150 |
| 14487199 | Janelle Brunson | 609 W Brookline Loop | Williams, AZ 86046 |
| 14487200 | Jared Gumpert | PO Box 708 | Meredith, NH 03253 |
| 14487201 | Jared Spencer | 91–232 Wakamalii Pl | Kapolei, HI 96707 |
| 14487202 | Jason Denny | 217 E Washington Ave | Orange, CA 92866 |
| 14487203 | Jason Healy | 33 Quartermaster row | South Yarmouth, MA 02664 |
| 14487204 | Jason Holden | 14291 Classique Way | San Diego, CA 92129 |
| 14487205 | Jason Machler | 2960 Washington Ln | Hatfield, PA 19440 |
| 14487207 | Jason Tackett | 7600 Terrill Dr | Wellington, CO 80549 |
| 14487208 | Jason Udan | 1749 Sunny Crest Ln | Bonita, CA 91902 |
| 14487209 | Jason VanderSluis | 2212 Fancher Hts. Blvd | East Wenatchee, WA 98807 |
| 14487210 | Jaymar Foronda | 10433 Petty Lane | Stockton, CA 95212 |
| 14487211 | Jayson Miller | 1895 center ave | Martinez, CA 94553 |
| 14487212 | Jed Ballesteros | 442 Spring River Circle | Stockton, CA 95210 |
| 14487213 | Jeff Gloyd | 305 Pinyon St. | Frederick, CO 80530 |
| 14487214 | Jeff Robertson | PO Box 1051 | Lakeside, CA 92040 |
| 14487215 | Jeff Scott | 3760 Sixes Rd Suite 126–331 | Canton, GA 30114 |
| 14487216 | Jeffrey Johnson | 11672 Dempsey Dr | Arlington, TN 38002 |
| 14487217 | Jeffrey Seminoff | 6144 Cozzens St. | San Diego, CA 92122 |
| 14487218 | Jennifer Verdier | 2100 Westchester Drive | Mansfield, TX 76063 |
| 14487219 | Jensen Snow | 4731 Landis St. | San Diego, CA 92105 |
| 14487221 | Jeremy Bennett | 10370 SW Serena Way | Portland, OR 97224 |
| 14487222 | Jeremy Hoffman | 508 Llama Trail | Harker Heights, TX 76548 |
| 14487223 | Jeremy Krehbiel | 1108 Willowsprings Ct. | McPherson, KS 67460 |
| 14487224 | Jesse Briscoe | 6237 Old Jenks Rd | Apex, NC 27523 |
| 14487225 | Jesse Calma | 23616 Messina | Laguna Hills, CA 92653 |
| 14487226 | Jesse Kreger | 330 Anna Maria St | Livermore, CA 94550 |
| 14487227 | Jessica Sutton | 13 MAPLE TREE LANE | Eureka, MO 63025 |
| 14487228 | Jim Barnett | 2416 De La Vina | APT 1 | Santa Barbera, CA 93105 |
| 14487229 | Jim Means | 5122 1/2 Via Valarta | San Diego, CA 92124 |
| 14487231 | Joe Goldberg | 15 Hewlett Ave | Point Lookout, NY 11569 |
| 14487232 | Joe Protacio | 24246 Kalanu Pl | Mi Wuk Village, CA 95346 |
| 14487233 | Joel Ramos | 91–1150 Hualewa Street | Ewa Beach, HI 96706 |
| 14487234 | Joey Kleidosty | 2157 Pacific ave a103 | A103 | Costa mesa, CA 92627 |
| 14487235 | Joey Messett | 12611 109th CT NE | APT J304 | Kirkland, WA 98034 |
| 14487236 | John Acunzo | 7301 Belpine Place | #2 | Rancho Cucamonga, CA 91730 |
| 14487237 | John Adams | PO Box 1205 | oracle, AZ 85623 |
| 14487238 | John Agnor | 4925 Odessa Ave | Fort Worth, TX 76133 |
| 14487239 | John Bonner | 669 Loring St | San Diego, CA 92109 |
| 14487240 | John Chan–Tse | 352 Concord Ave | Lexington, MA 02421 |
| 14487241 | John Fugit | 205 Hilltop Drive | Mt Washington, KY 40047 |
| 14487242 | John Harold | 16004 Legacy Rd | Tustin, CA 92782 |
| 14487243 | John Meyer | 8175 Caballo Way | Flagstaff, AZ 86004 |
| 14487244 | John Newell | 16225 N.E. Sullivan Lane | Newberg, OR 97132 |
| 14487245 | John Overend | 4281 Donna Marie Ct | Haymarket, VA 20169 |
| 14487246 | Johnny Alvarado | 2231 El Rancho Dr | Carson City, NV 89703 |

| | | | |
|---|---|---|---|
| 14487247 | Jon Sheckler | 3319 Chestnut Ave | Loveland, CO 80538 |
| 14487248 | Jonathan DeKlotz | 14917 283rd PL NE | Duvall, WA 98019 |
| 14487249 | Jonathan Lituco | 19912 Vanowen st. | Winnetka, CA 91306 |
| 14487250 | Jonathan Marklin | 374 Butler st apt3 | Pittsburgh, PA 15223 |
| 14487251 | Jonathon Daniels | 1145 Kent Ct | Dixon, CA 95620 |
| 14487252 | Jordan Forman | 2212 McKinley St | Honolulu, HI 96822 |
| 14487253 | Jose Campos | 253 EBONY AVE | IMPERIAL BCH, CA 91932 |
| 14487254 | Joseph Ball | PO Box 2643 | San Anselmo, CA 94979 |
| 14487255 | Joseph Davieau | 202 Thornback Drive | Raeford, NC 28376 |
| 14487256 | Joseph Edsmam | PO Box 61630 | Honolulu, HI 96839 |
| 14487257 | Joseph Korth | 1302 24th St W # 233 | Billings, MT 59102 |
| 14487258 | Joseph Korth | 1302 24th Street West # 233 | Billings, MT 59102 |
| 14487259 | Josh Hardy | 8707 81st Dr. NE | Marysville, WA 98270 |
| 14487260 | Josh Weaver | 207 Saint Andrews Way | Shepherdsville, KY 40165 |
| 14487261 | Joshua Hwang | 431 El Camino Real #4415 | Santa Clara, CA 95050 |
| 14487262 | Joshua Lane | 3211 Shoshone st | Denver, CO 80211 |
| 14487263 | Joshua Reller | 9337 Arrowhead Bluff Avenue | Las Vegas, NV 89149 |
| 14487264 | Juan Diego | 340 Harbor Dr | Key Biscayne, FL 33149 |
| 14487265 | Justin Gibson | 395 Canyon Dr. #A | Pocatello, ID 83204 |
| 14487266 | Justin Jensen | 4407 Bee Caves Rd #422 | Austin, TX 78746 |
| 14487267 | Justin Pascarella | 3821 E 117th Ave. | DENVER, CO 80233 |
| 14487268 | Justin Ribbing | 309 River View Ct. | LONGMONT, CO 80501 |
| 14487269 | Justin Riley | 2800 Kalmia Ave B209 | Boulder, CO 80301 |
| 14487270 | Justin Wolfe | 228 Sky Crest Dr | Grants Pass, OR 97527 |
| 14487271 | Kaipo Yutaka Shiroma | 45–673 Halemuku Way | Kaneohe, HI 96744 |
| 14487272 | Kathryn Torres | 2740 Gale Ave | Long Beach, CA 90810 |
| 14487273 | Keith Page | 355 Holland lakes dr | Pelham, AL 35124 |
| 14487274 | Kelly Platter | 810 Anderson Ave | Plumas Lake, CA 95961 |
| 14487275 | Kenneth Knutson | 9664 Dale Ave | Sunland, CA 91040 |
| 14487276 | Kenny Tran | 2007 s Evanston ct | Aurora, CO 80014 |
| 14487277 | Kent Ingram | 2000 Lorraine Dr | Aiken, SC 29801 |
| 14487278 | Kent Wyatt | 8177 S. Harvard #202 | Tulsa, OK 74137 |
| 14487279 | Kevin Franke | 2101 S Hearthstone Ave | Tucson, AZ 85710 |
| 14487280 | Kevin Hsieh | 246 S. Leandro St. | Anaheim, CA 92807 |
| 14487281 | Kevin Larkin | 4145 E. Babbling Brook Dr. | tucson, AZ 85712 |
| 14487282 | Kevin Lemus | 425 N 20th Street | Montebello, CA 90640 |
| 14487283 | Khae Saechao | 1130 SW 25th Street | Troutdale, OR 97060 |
| 14487284 | Khalid Alghussain | 21529 Chickacoan Trail Drive | Broadlands, VA 20148 |
| 14487285 | Khon Phanyavong | 976 mosaic drive | Fort worth, TX 76179 |
| 14487286 | Kunaal Kumar | 5503 Nur Lane | Raleigh, NC 27606 |
| 14487287 | Kustom 54 Lighting | 255 Lambert Street Unit 7 | Oxnard, CA 93036 |
| 14487288 | Kyle Knowlton | 402 Riverside Dr | Sistersville, WV 26175 |
| 14487289 | Kyle O'Cain | 2004 Wyoming st. | Salt Lake City, UT 84108 |
| 14487290 | Landon Pratt | 1705 E Entrada Nueve | Tucson, AZ 85718 |
| 14487291 | Larry Karpurk | 321 W PALM LANE | PHOENIX, AZ 85003 |
| 14487292 | Lasernut | 1700 Industrial Avenue | Norco, CA 92860 |
| 14487293 | Laurence Ruiz | 16071 Doublegrove St. | La Puente, CA 91744 |
| 14487294 | Leah Colombo | 800 Jeffery Street 107 | Boca Raton, FL 33487 |
| 14487295 | Lee Borgioli | 1356 N Redington Ave | Clovis, CA 93619 |
| 14487297 | Logan Cloud | 11108 chennault beach rd. apt 2538 | Mukilteo, WA 98275 |
| 14487298 | Logan Sprague | 2929 Montmorency Street | Henderson, NV 89044 |
| 14487299 | Los Angeles City Fire Department | 12433 Jolette Avenue | Granada Hills, CA 91344 |
| 14487300 | Louie Cruz | 94–872 Lelpua St Apt A | Waipahu, HI 96797 |
| 14487301 | Luke Hutchison | 27 Sycamore Dr | Middletown, NY 10940 |
| 14487319 | MARTY NUSSBAUM | 10991 E WINCHCOMB DR | SCOTTSDALE, AZ 85255 |
| 14487338 | MCT | 182–21 150th Avenue MCT 2394 | Springfield Gardens, NY 11413 |
| 14487302 | Main Line | 3 Jorrocks Lane | Malvern, PA 19355 |
| 14487303 | Manuel Flores | 94–1479 Waipio Uka St F205 | Waipahu, HI 96797 |
| 14487304 | Marcel Cafferata | 970 Patricia Way | San Jose, CA 95125 |
| 14487305 | Marco Higuera | 4756 Idaho St | San Diego, CA 92116 |
| 14487306 | Marcus Eder | 1563 E Tameron Dr | Sandy, UT 84092 |
| 14487307 | Mario Asp | 4300 SW Murray Blvd | Beaverton, OR 97005 |
| 14487308 | Mario Risueno | 2675 grove avenue. | San Diego, CA 92154 |
| 14487309 | Mario Velasquez | 426 w. Gulfbank | Houston, TX 77037 |
| 14487311 | Mark Brown | 7103 April Wind Ave | Las Vegas, NV 89131 |
| 14487312 | Mark Dunnam | 86 golden pond lane | Poplarville, MS 39470 |
| 14487313 | Mark Gehrman | 28240 S Walsh Rd | Manhattan, IL 60442 |
| 14487314 | Mark Meacham | 1181 NE Granite Ridge St | Roseburg, OR 97470 |
| 14487315 | Mark Nielsen | 5109 Log Cabin Drive | Lakeland, FL 33810 |
| 14487316 | Mark Pawliszewski | 23311 Broadwell Ave | Torrance, CA 90502 |
| 14487317 | Mark Roberto | 4107 S 7th St | Tacoma, WA 98405 |
| 14487320 | Marvin Uribe | 801 E 19th Street | Santa Ana, CA 92706 |
| 14487321 | Matheson Tri–Gas, Inc. | Dept LA 23793 | Pasadena, CA 91185 |
| 14487322 | Matt French | 104 Statehouse Dr | Morrisville, NC 27560 |
| 14487323 | Matt Glass | 2316 Hobart Ave SW | Seattle, WA 98116 |
| 14487324 | Matt Mangum | 1319 33rd Street | SAN DIEGO, CA 92102 |
| 14487325 | Matt Preuss | 305 Connie Ct | Beulaville, NC 28518 |
| 14487326 | Matthew Carlis | 181 Del Medio Ave Apt 305 | Mountain View, CA 94040 |

```
14487327    Matthew Carr         10374 Hawkhurst Dr.            Cincinnati, OH 45231
14487328    Matthew Domingo      2838 B kaimuki ave             Honolulu, HI 96816
14487329    Matthew Lee          2436 Halelaau Pl      Honolulu, HI 96816
14487330    Matthew Lucas        2496 Hartford St      San Diego, CA 92110
14487331    Matthew Marlow       4685 Copper Sage St      Las Vegas, NV 89115
14487332    Matthew Turner       12803 West Ave        APT 7105      San ANtonio, TX 78216
14487333    Matthieu Salomon     2901 Oaklane Drive           Austin, TX 78704
14487334    Maui Offroad         94–1388 Moaniani St      Waipahu, HI 96797
14487336    Max Gazarov          3240 Norcross Road      Erie, PA 16510
14487337    McMaster–Carr        9630 Norwalk Blvd.        Santa Fe Springs, CA 90670
14487339    Mean Mother aka 3P       8580 Milliken Ave        Rancho Cucamonga, CA 91730
14487340    Metrotech      12351 grant street      340      Thornton, CO 80241
14487341    Micah Harkness       764 Grouse Dr         Spring Creek, NV 89815
14487342    Michael Blair        1306 Hewitt St        Wahiawa, HI 96786
14487343    Michael Bui        1092 kitchener cir.      san jose, CA 95121
14487344    Michael Del Rosario      119 n. pembroke avenue        margate, NJ 08402
14487346    Michael Eby          410 Cactus Rd         Helena, MT 59602
14487347    Michael Hatfield      4225 me 60th street        Oklahoma city, OK 73112
14487348    Michael Jones        14307 SE 213th St         Kent, WA 98042–3149
14487349    Michael Mungoven         PO Box 1114         Homer, AK 99603
14487350    Michael Reed         4208 se risley ave        Milwaukie, OR 97267
14487351    Michael Tran         26 Madrid St      Tustin, CA 92780
14487352    Michael Yang         5435 Geary Blvd          San Francisco, CA 94121
14487353    Miguel Lujan         2934 Moki Ovi        Flagstaff, AZ 86005
14487354    Miguel Torres        4977 Carolina Place        San Diego, CA 92102
14487355    Mike Cote        9917 Scripps West View Way         #216       San Diego, CA 92131
14487356    Mike Lambert         626 2nd St        Ann Arbor, MI 48103
14487357    Mike Memmel          8420 Calleja Risa        El Cajon, CA 92021
14487358    Mike Rosario         17131 Michaels Ave        Cerritos, CA 90703
14487359    Mike Wyckoff         1268 14 Road        Loma, CO 81524
14487360    Miles Watanabe        91–6523 Kapolei parkway        Ewa beach, HI 96706
14487361    Misael Reyna         1605 w v a rancho pkwy        Escondido, CA 92029
14487362    Mission Federal Credit Union      Attn: Bankruptcy       Po Box 919023        San Diego, CA 92191
14487363    NAPA       PO Box 1385        El Cajon, CA 92022
14487369    NICHOLAS GARBE        3226 Woody Lane        San Jose, CA 95132
14487364    Nate Cordero         11651 Via Montana        Fontana, CA 92337
14487365    Nathan Jackson       1229 W 4800 S        Preston, ID 83263
14487366    Nathan Morland       834 Memory Ln        Santa Cruz, CA 95006
14487367    Nathan Wageley       11611 Vantage Hill Road        #21B      Reston, VA 20190
14487368    Neil Battad      92–1424 Palahia St.        Kapolei, HI 96707
14487370    Nick Carney          16839 south yellow court        Phoenix, AZ 85048
14487371    Nick Donoghue        2239 North 72nd Place        Scottsdale, AZ 85257
14487372    Nick Henriksen       317 N. Granados Ave        Solana Beach, CA 92075
14487373    Nicole Mayer         504 San Pablo Court        San Dimas, CA 91773
14487374    Nikolas Radisi       11514 Kerman Dr        Cypress, TX 77429
14487375    Nolan Cerecedes        9702 blue reef dr        Huntington Beach, CA 92646
14487377    ORW Off Road Warehouse        26645 Auto Parkway        Esconcido, CA 92029
14487378    ORW Off Road Warehouse        26901 Jefferson Ave.       Ste 101      Murrieta, CA 92562
14487376    Odd Bird Inc         109 Windrush Lanne        Lafayette, LA 70506
14487379    Overland Consulting, LLC        1209 Talbryn Dr        Belmont, CA 94002–3737
14487397    PJ Wolz      93 Sunrise Dr.         Hollister, CA 95023
14487398    PK Duncan        220 East Wilbur Road Apartment C        Thousand Oaks, CA 91360
14487380    Patrick Canning       115 Euclid Avenue        Los Gatos, CA 95030
14487381    Patrick Darke        211 Tealight Ln        Cary, NC 27513
14487382    Patrick Jo       7747 Mckinley Loop NE        Lacey, WA 98516
14487383    Patty Nemenz         PO BOX 27        Wofford Heights, CA 93285
14487384    Paul Askew           2990 Skipping Stone Drive        Apison, TN 37302
14487385    Paul Kokkinos        9347 Somerset Lane        Cypress, CA 90630
14487386    Paul Vasquez         PO BOX 991        Edna, TX 77957
14487387    Paula Burr       746 W Rosser St        Prescott, AZ 86301
14487388    PayPal       P.O. Box 71202        Charlotte, NC 28272
14487389    Pennymac Loan Services       Attn: Bankruptcy        Po Box 514387        Los Angeles, CA 90051
14487390    Performance & Off Road        103 Fremont Way        Lander, WY 82520
14487391    Pete Mountanos       13704 SKYLINE BLVD        WOODSIDE, CA 94062
14487392    Peter Santos         6975 Princess View Drive        San Diego, CA 92120
14487393    Petr Konoplev        3244 se115th ave        Portland, OR 97266
14487394    Philip Mendoza       1426 E Cortney Pl        Anaheim, CA 92805
14487395    Philip Villanueva        218 Military E        Benicia, CA 94510
14487399    Poly Performance        870 Industrial Way        San Luis Obispo, CA 93401
14487400    Quintin      3998 E Pony Tracklane        San Tan Valley, AZ 85140
14487413    RIGd Supply       134 S Glassell Street, Suite E,        Orange, CA 92866
14487401    Race Basics        1080 South Main Street        Andover, ME 04216
14487402    Rainer Caparas       9315 Windsor Lane NE Apt 302        Olympia, WA 98516
14487403    Rancho Industrial Park, LTD.        1811 Vista Grande Road        El Cajon, CA 92019
14487404    Randall Hane         24 Sandy Pond Road        Ladera Ranch, CA 92694
14487405    Randy Hernandez        18410 Desidia St        Apt B       Rowland Heights, CA 91748
14487406    Ravean Kretowicz        815 1/2 Coast Blvd S        La Jolla, CA 92037
14487407    Raymond bousemaan        4500 taylor st        hollywood, FL 33021
```

| | | | |
|---|---|---|---|
| 14487408 | Reed Scherer | 1452 Elevation Road | San Diego, CA 92110 |
| 14487409 | Renfro Logging | 328 highway 55 | Horseshoe Bend, ID 83629 |
| 14487410 | Ricardo Torres | 14321 Kinley Dr | Healdsburg, CA 95448 |
| 14487411 | Richard Tran | 2148 S Fremont ave | 38 | Alhambra, CA 91803 |
| 14487412 | Rico Larroque | 1801 E Katella Ave | #1074 | Anaheim, CA 92805 |
| 14487414 | Riot, LLC | 353 West 200 South | Suite 101 | Salt Lake City, UT 84101 |
| 14487415 | Robbie Arbebieo | 2318 Stone Cross Cir | Orlando, FL 32828 |
| 14487416 | Robert Arevalo | 166 Santa Paula Dr. | Colma, CA 94015 |
| 14487417 | Robert Benjamin | 16 Jessie Road | Eastport, NY 11941 |
| 14487418 | Robert Dennis | 26515 n broadway | escondido, CA 92026 |
| 14487419 | Robert Jones | 1005 Crescent Drive | St. Charles, MO 63301 |
| 14487420 | Robert Tate | 16023 N Eldridge Dr | Holt, MO 84048 |
| 14487421 | Robert Thuresson | 13391 LOWELL CIR | WESTMINSTER, CA 92683 |
| 14487422 | Rodell Esteban | 6684 SE Ariel St | Hillsboro, OR 97123 |
| 14487423 | Rodney Sherrick | 283 Joaquin Street | Crescent City, CA 95531 |
| 14487424 | Rodolfo Chapa | 650 West Cross St unit 49 | Houston, TX 77018 |
| 14487426 | Ryan Bedgood | 62 Merrimar Court | Benson, NC 27504 |
| 14487427 | Ryan Burch | 6106 Fire Opal Dr. | Bakersfield, CA 93313 |
| 14487428 | Ryan Candage | 13522 Cascade St. | Broomfield, CO 80020 |
| 14487429 | Ryan Ewald | 6004 Montana Lane | Vancouver, WA 98661 |
| 14487430 | Ryan Hamilton | 4635 Gordon Dr | Boulder, CO 80305 |
| 14487431 | Ryan Omang | 1074 Mount Dana Drive | Chula Vista, CA 91913 |
| 14487432 | Ryan Parker | 630 Pearce Mill Rd | Wexford, PA 15090 |
| 14487433 | Ryan Roper | 866 Glen Molly dr | Sparks, NV 89434 |
| 14487434 | Ryan Swinehart | 41 5th Street | Cayucos, CA 93430 |
| 14487435 | Rylan Akama | 787 Hahaione St | Honolulu, HI 96825 |
| 14487442 | SAP America | 19 Fenimore Road | 365 | Lumberton, NJ 08048 |
| 14487444 | SDG&E | PO BOX 25111 | Santa Ana, CA 92799 |
| 14487445 | SDHQ Offroad | 1720 W Elliot Rd Suite 101 | Gilbert, AZ 85233 |
| 14487463 | SOS | 375 nw Gilman blvd | C–203 | Issaquah, WA 98027 |
| 14487468 | STANLEY M. Fisher | 59 NEWTON DRIVE | DURHAM, NC 27707 |
| 14487436 | Salvador Espinosa | 6300 Milgen Rd | Apt 1294 | Columbus, GA 31907 |
| 14487437 | Salvador Rivera | 3745 Bianca St | Edinburg, TX 78539 |
| 14487438 | Sam McClenaghan | 432 Ptarmigan Ranch Rd | Dillon, CO 80435 |
| 14487439 | Samuel Boggd | 738 Edgar Ave | Beaumont, CA 92223 |
| 14487440 | Samuel Walls | 7216 stanford court nw | Bremerton, WA 98311 |
| 14487441 | San Diego County Credit Union | Attn: Bankruptcy | 555 Mildred St | San Diego, CA 92110 |
| 14487443 | Scott Danielson | 3937 Abbott Ave S | Minneapolis, MN 55410 |
| 14487446 | Sean Bascom | 12527 Babazon PL | San Diego, CA 92129 |
| 14487448 | Seth Stoeckley | 17 Skylark Drive | Apt. 24 | Larkspur, CA 94939 |
| 14487449 | Seth Willardsen | 7 vintage dr | Newport Beach, CA 92660 |
| 14487450 | Shane Alfer | 10882 North Fishermans Landing | Yuma, AZ 85365 |
| 14487451 | Sharif Sawires | 1920 Ward Street | Berkely, CA 94703 |
| 14487452 | Shawn Joyce | PO BOX 1445 | Lincoln, CA 95648 |
| 14487453 | Shawn Kasner | 101 W Mariposa Dr | Redlands, CA 92373 |
| 14487454 | Shawn Kimble | 2336 SW Romar Rd | Topeka, KS 66614 |
| 14487455 | Shawn Ryan | 20391 Ravenwood Ln | Huntington Beach, CA 92646 |
| 14487456 | Shawn Vetterli | 9013 Crowely Way | Elk Grove, CA 95624 |
| 14487457 | Shay Wasserman | 1409 Wind Star Way | Forth Worth, TX 76108 |
| 14487458 | Sheldon Uyetake | PO Box 61414 | Honolulu, HI 96839 |
| 14487459 | Simms Fishing Products | 27901 norris road | number 65 | bozeman, MT 59718 |
| 14487460 | Singular Care | 2817 Miller Ranch Road | Suite 333 | Pearland, TX 77584 |
| 14487461 | SliderGB | 35 Via Sovana | Santee, CA 92071 |
| 14487462 | Socal Suspension | 275 N Marshall Ave | El Cajon, CA 92020 |
| 14487464 | Sou Saefong | 860 Canby Rd apt 42. | Redding, CA 96003 |
| 14487465 | Speed and Truck World | Dino Stavrinos | 1060 W Sunrise Blkvd | Fort Lauderdale, FL 33311 |
| 14487466 | Spencer Jackson | 3282 hammer street | Klamath falls, OR 97603 |
| 14487467 | Stagecoach Equity, llc | 2450 Atascadero rd | Morro Bay, CA 93442 |
| 14487469 | Stanley Nam | 222 HIGHLAND LOOP | MORENCI, AZ 85540 |
| 14487470 | State Board of Equalization | P.O. Box 942879 | Sacramento, CA 94279 |
| 14487471 | Stefen Schmidt | 7859 E New Leaf Place | Tucson, AZ 85756 |
| 14487472 | Stephen Miller | 179 Prairie Street | Concord, MA 01742 |
| 14487473 | Steve Ayotte | 337 E Bluebell Ln | Tempe, AZ 85202 |
| 14487474 | Steve Freeman | 13 Versaggi Dr | St Augustine, FL 32080 |
| 14487475 | Steve Kunkel | 2312 E Campbell Ave. | Phoenix, AZ 85016 |
| 14487476 | Steve Oliff | 9285 Elk Run RD | Catlett, VA 20119 |
| 14487477 | Steve Vang | 1540 hammonton smartsville road | 3 | marysville, CA 95901 |
| 14487478 | Steven Bush | 5203 Bancroft Hts | Colorado Springs, CO 80906 |
| 14487479 | Steven Cloherty | 11050 14th Ave NE | Seattle, WA 98125 |
| 14487480 | Steven Connor | 726 Temple St | San Diego, CA 92106 |
| 14487481 | Steven Plantin | 3738 Ramsgate Dr. | Annapolis, MD 21403 |
| 14487482 | Steven Simmons | 1903 Henderson Dr. | Tyler, TX 75701 |
| 14487483 | Steven Wells | 6718 West Valynn Dr. | Herriman, UT 84096 |
| 14487484 | Sundy Hin | 3057 Indianapolis Ave | Clovis, CA 93611 |
| 14487485 | Synchrony Bank/TJX | Attn: Bankruptcy Dept | Po Box 965060 | Orlando, FL 32896 |
| 14487487 | TAV–Tactical Application | 9920 Trumbull Ave | Albuquerque, NM 87123 |
| 14487495 | TJ Toney | 1609 Jordan Dr. | Moore, OK 73160 |
| 14487503 | TORN SAETERN | 8428 RENTON AVE S | SEATTLE, WA 98118 |

| | | | |
|---|---|---|---|
| 14487486 | Tanner Bell | 417 Jack Coleman Dr. | Huntsville, AL 35805 |
| 14487488 | The 4x4 Shop | 174 S. L St. | Livermore, CA 94550 |
| 14487489 | Theodore Chiodo | 7620 Baimbridge Dr | Donners Grove, IL 60516 |
| 14487490 | Thomas Beynon | 6035 barna ave | Titusville, FL 32780 |
| 14487491 | Thomas Killian | 760 Acorn Drive | Brick, NJ 08723 |
| 14487492 | Tim Alvarez | 1 W Campbell Ave        1073 | Phoenix, AZ 85013 |
| 14487493 | Timothy Brown | 60 Upper Rock Circle        Apt 166 | Rockville, MD 20850 |
| 14487494 | Tire Warehouse | 240 Teller St. | Corona, CA 92879 |
| 14487496 | Todd King | 1777 Conifer Dr | Lake Oswego, OR 97034 |
| 14487497 | Tom Bickerstaff | 222 Snug Harbour Dr | Shalimar, FL 32579 |
| 14487498 | Tom Sammis | PO BOX 440248 | Kennesaw, GA 30160 |
| 14487499 | Tony Nguyen | 2170 St. Croix Ct. | Lemon Grove, CA 91945 |
| 14487500 | Tony Ronchi | C/O Paradigm Performance        1344 University Ave #5000 | Rochester, NY 14607 |
| 14487501 | Tony Santiago | 3820 Kenwood Drive | Spring Valley, CA 91977 |
| 14487502 | Tony Teague | 4330 Silver Bay St | Las Vegas, NV 89147 |
| 14487504 | Total Autopros | 5301 N 16th St | Phoenix, AZ 85016 |
| 14487505 | Traci Meyer | 7301 Belpine Place        #2 | Rancho Cucamonga, CA 91730 |
| 14487506 | Travis Diller | 7406 Varsity LN Ne | Bremerton, WA 98311 |
| 14487507 | Travis Hess | 300 Moorpark Ave.        102 | Moorpark, CA 91302 |
| 14487508 | Travis Howard | 13011 e bellechase st | wichita, KS 67230 |
| 14487509 | Tyler Feigel | 509 Del Mar St        Apt 1303 | Midland, TX 79703 |
| 14487510 | Tyler Hurley | 76 Portsmouth Dr. | Novato, CA 94949 |
| 14487511 | Tyler Neiswender | 2223 Ascot st | Corona, CA 92879 |
| 14487512 | Tyler Shaw | 1859 28th St. Apt 569 | Denver, CO 80216 |
| 14487513 | Tyler Szymanski | CMR 402 Box 1794 | APO, AE 09180 |
| 14487514 | Tyler Washburn | 113 Alma Mater Drive        303 | State College, PA 16803 |
| 14487515 | Ulises Santana | 15624 Amar Rd        H | La Puente, CA 91744 |
| 14487516 | United States Air Force | 333 Bluefish Dr        Unit 102 | Fort Walton Beach, FL 32503 |
| 14487517 | United States Airforce | 2065 Sycamore Drive unit B | grand forks afb, ND 58204 |
| 14487518 | Valley Powdercoating | c/o Ivan Salzedo        6530 Federal Blvd | Lemon Grove, CA 91945 |
| 14487519 | Versionex auto body | 1125 Bailey Hill Rd        13 | Eugene, OR 97405 |
| 14487520 | Victor Carreras | 10565 Caminito Vasswood | San DIego, CA 92131 |
| 14487521 | Victor Guido | 1031 s circle dr | Kingsville, TX 78363 |
| 14487522 | Voigtinc | 20 Old Ranch Rd | Laguna Niguel, CA 92677 |
| 14487523 | Wade Seth | 1126 Grand Ave | Grand Junction, CO 81501 |
| 14487524 | Walter Faulconer | 87–849 Farrington Hwy | Waianae, HI 96792 |
| 14487525 | Wayland Pearce | 5356 indian trail | Suffolk, VA 23434 |
| 14487526 | Wayne Smith | 6522 E Waterton Ave | Orange, CA 92867 |
| 14487527 | William Beck | 2132 Lupine | Lake Forest, CA 92630 |
| 14487528 | William Cassels | 418 Longtime Lane | Sedro Woolley, WA 98284 |
| 14487529 | William Gantt | 3213 W Wheeler St #140 | Seattle, WA 98199 |
| 14487530 | William Liu | 436 Peninsula Ave | San Francisco, CA 94134 |
| 14487531 | William Perry | 458 S Tradition St | Mountain House, CA 95391 |
| 14487532 | William Turner | PO Box 4544 | Rollingbay, WA 98061 |
| 14487533 | World Famous 4x4 | 3075 N Lima St | Burbank, CA 91505 |
| 14487534 | Xavier Bailey | 2237 Hurley way | Sacramento, CA 95825 |
| 14487535 | Yi Dong | 95–1363 Wikao St | Mililani, HI 96789 |
| 14487536 | Zac Fellows | 18632 Demion Ln | Huntington Beach, CA 92646 |
| 14487538 | Zac Shares | 49 Hopkins st B | Mt morris, NY 14510 |
| 14487537 | Zac h Barakeh | 6813 e harry | wichita, KS 67207 |
| 14487539 | Zach Petzold | 704 Huron St | Shreveport, LA 71106 |
| 14487540 | Zach Solomon | 2805 GERKEN PLACE | OCEANSIDE, NY 11572 |
| 14487541 | Zak Hawthorne | 3125 Ledgewood Dr | Los Angeles, CA 90068 |
| 14487542 | Zaragoza Realtors | 1100 ADELLA AVE        Unit 27 | CORONADO, CA 92118–2164 |
| 14487042 | carson clowes | 2325 WILD DEER COURT | PASO ROBLES, CA 93446 |
| 14487063 | chris yu | 15773 mcintosh ave | chino, CA 91708 |
| 14487064 | christian santana | 1490 greenbay street        202 | san diego, CA 92154 |
| 14487103 | darren cinco | 1320 w hill st | Long beach, CA 90810 |
| 14487129 | duncan shaw | 2448 Adams Ave #5 | san diego, CA 92116 |
| 14487193 | jacob stelljes | 765 Windbound ave | Beaumont, CA 92223 |
| 14487206 | jason molano | 2967 A Street | San Diego, CA 92102 |
| 14487220 | jerardo causor | 3684 Cedar Knoll ct | San jose, CA 95121 |
| 14487296 | local 47 | 825 E Cassia Ln Unit D | Azusa, CA 91702 |
| 14487310 | mark belarmino | 21500 lassen st        unit 135 | chatsworth, CA 91311 |
| 14487318 | mark sheldon | 153 harmon ave | pelham, NY 10803 |
| 14487335 | max duncan | 40 GROVESIDE DR | ALISO VIEJO, CA 92656 |
| 14487345 | michael dunn | 3820 ascencion circle | las cruces, NM 88012 |
| 14487396 | phillip alba | 793 north euclid avenue | upland, CA 91786 |
| 14487425 | rustin seyle | 1749 hawthorne rd | bethlehem, PA 18015 |
| 14487447 | sean jennings | 5873 E Kathleen Rd | Scottsdale, AZ 85254 |

TOTAL: 598