| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tyler Pelfrey<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1699<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Satin Pelfrey<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–4370<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of California | Date case filed for chapter: | 7     9/6/18 |
| Case number: | 18–05409–MM7 | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tyler Pelfrey | Satin Pelfrey |
| 2. | **All other names used in the last 8 years** | | aka Satin Klitzke, aka Satin Smith |
| 3. | **Address** | 1214 Anna Rose Lane<br>Ramona, CA 92065 | 1214 Anna Rose Lane<br>Ramona, CA 92065 |
| 4. | **Debtor's attorney**<br>Name and address | Ajay Gupta<br>Gupta Legal Center<br>1620 5th Avenue, Suite 650<br>San Diego, CA 92101 | Contact phone 619–866–3444<br>Email ajay@guptalc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gerald H. Davis<br>Gerald H. Davis<br>PO Box 124539<br>San Diego, CA 92112–4539 | Contact phone 619–400–9997<br>Email: ghd@trusteedavis.com |

**For more information, see page 2 >**

Debtor  **Tyler Pelfrey**  and  **Satin Pelfrey**  Case number **18–05409–MM7**

| 6. | **Bankruptcy clerk's office** | Jacob Weinberger U.S. Courthouse 325 West F Street San Diego, CA 92101–6991 | Hours open 9:00am – 4:00pm |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | | Contact phone 619–557–5620 |
| 7. | **Meeting of creditors** | **October 9, 2018 at 02:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, First Floor, Room 1234 (A), 880 Front Street, San Diego, CA 92101** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/10/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.casb.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Debtor **Tyler Pelfrey** and **Satin Pelfrey**        Case number **18–05409–MM7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above-referenced case on 9/6/18, the following person is named Interim Trustee of the estate of the debtor:

> Gerald H. Davis
> Gerald H. Davis
> PO Box 124539
> San Diego, CA 92112-4539

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/content/trustee-guidelines-and-additional-requirements

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the scheduled §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619-557-5013.

page **3**

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated:  9/7/18        Southern District of California

```
                              United States Bankruptcy Court
                              Southern District of California

In re:                                                              Case No. 18-05409-MM
Tyler Pelfrey                                                       Chapter 7
Satin Pelfrey
        Debtors              CERTIFICATE OF NOTICE
District/off: 0974-3          User: Admin.                 Page 1 of 9              Date Rcvd: Sep 07, 2018
                              Form ID: 309A                Total Noticed: 589


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db/jdb         +Tyler Pelfrey,    Satin Pelfrey,    1214 Anna Rose Lane,    Ramona, CA 92065-3357
smg             California Department of Tax and Fee Administratio,     Account Information Group, MIC:29,
                  P.O. Box 942879,    Sacramento, CA  94279-0029
smg            +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
                  San Diego, CA 92108-4424
smg             Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,   PO Box 520,
                  Center Valley, PA  18034-0520
14486956       +4 Wheel Parts Oakland,    38 Hegenberger Ct.,    Store 12,    Oakland, CA 94621-1322
14486957       +A Dan Recob,    3008 Cheverly Ave,    Cheverly, ME 20785-3145
14486997       +APL Glass Windows,    750 E Garvey Ave Ste B,    Monterey Park, CA 91755-3060
14486998       +AQ Painting,    4250 Balboa St.,    San Francisco, CA 94121-2509
14486999       +ASPEX (DBG),    12130 Dearborn pl.,    Poway, CA 92064-7125
14486958      #+Aaron Herbert,    1113 Quail Hollow Cir,    Garland, TX 75043-1545
14486959       +Aaron Satterfield,    5503 Nur Lane,    Raleigh, NC 27606-4048
14486960       +Abel Muniz,    86 Sandcastle,    Aliso Viejo, CA 92656-3837
14486961       +Adam Batty,    5428 Tanglewood Rd.,    Cross Lanes, WV 25313-1238
14486962       +Adam Coghlan,    2300 W County Road 38 E,    lot 144,    fort collins, CO 80526-6462
14486963       +Adam Hanohano,    91-1067 Kuhina St,    Ewa Beach, HI 96706-2260
14486964       +Adam Saint-Prix,    1001 46th Street #308,    Emeryville, CA 94608-3466
14486965       +Adam Wright,    48 Wave Ave,    Wakefield, MA 01880-1833
14486966       +Adventure Wired,    9707 Erin Way,    Apt 203,    Santee, CA 92071-5283
14486967        Aiden Greenizer,    26404 St Rte 9 NE,    Arlington, WA 98223
14486968       +Alex Gehlert,    834 Via Seville,    Livermore, CA 94550-5430
14486969       +Alex Hernandez,    156 Kentwood Dr,    Alabaster, AL 35007-5208
14486970       #Alex Kallenberger,    290 A Arroyo Salado,    Santa Fe, NM 87508
14486971       +Alex Moore,    1140 E Ocean blvd, Unit 326,    Long Beach, CA 90802-5665
14486972       +Alex Murrell,    1835 SE Main St,    Portland, OR 97214-3824
14486973       +Alex Parker,    11602 Boyd Bay,    San Antonio, TX 78221-4408
14486974      #+Alex Shushunov,    4375 Marshall St.,    Wheat Ridge, CO 80033-5053
14486975       +Alexander Chan,    108 Desert Forest Court,    Austin, TX 78738-1761
14486976       +Alfredo Padilla,    1629 East Harris,    San Angelo, TX 76905-6203
14486977       +Alfredo R. Loperena Sr.,    1671 Alaquinas Dr.,    San Diego, CA 92173-1515
14486978        Alison Thompson,    6025 Via Canada Del Osito,    Rancho Santa Fe, CA 92067
14486979       +Allan Barlow,    4329 Blagden Ave NW,    Washington, DC 20011-4252
14486980       +Alonzo Verdin,    1463 felspar st,    san diego, CA 92109-3060
14486981       +Alvin Ducharme,    2909 Fox Hill Dr,,    Rocklin, CA 95765-5085
14486982      #+Alvin Wong,    2624 Maxwell Ave,    Oakland, CA 94619-3226
14486984       +Andre Ramirez,    1247 Walnut Canyon Rd,    Moorpark, CA 93021-1106
14486985       +Andres Camberos,    2934 Babbling Brook Rd,    Chula Vista, CA 91914-4306
14486986       +Andrew Golden,    1945 N. Garrett Avenue #2001,    Dallas, TX 75206-8684
14486987       +Andrew Goza,    PO BOX 130,    Elgin, SC 29045-0130
14486988       +Andrew Hickman,    10260 Mott Dr,    Reno, NV 89521-3177
14486989       +Andrew Jackson,    738 North High Ground Drive,    Dammeron Valley, UT 84783-5217
14486990       +Andrew Larsom,    17 West 300 south,    Midway, UT 84049-6514
14486991       +Andrew Liu,    2406 N Washington St,    Denver, CO 80205-3108
14486992       +Andrew Luke,    1908 Reston Metro Plz.,    Apt. 1620,    Reston, VA 20190-5940
14486993       +Andy Lobue,    630 NW Wallula Ave,    Gresham, OR 97030-5452
14486994       +Andy Vasquez,    729 Orange Ave,    Coronado, CA 92118-2200
14486995       +Angel Cruz,    59 Oxford St.,    Chula Vista, CA 91911-3334
14486996       +Anthony Jackson,    900 w. winnie ln,    Carson City, NV 89703-2026
14487000       +Ausencio Ariza,    926 W Philidelphia,    Ontartio, CA 91762-6242
14487001       +Austin Cooper,    5441 Port Royal Dr,    Virginia beach, VA 23462-7191
14487002       +Austin Fruechting,    3706 Jefferson St,    Kansas City, MO 64111-2818
14487003       +Austin Haidinyak,    983 10th Loop NE #103,    Issaquah, WA 98029-7435
14487004       +Austin Mills,    22257 E Lake Lane,    Centennial, CO 80015-4584
14487005       +Austin Reza,    11272 Dorland Street,    Whittier, CA 90606-1434
14487006      #+Austin Rossi,    2200 Sheffield Dr,    Fort Collins, CO 80526-1641
14487024       +BRETT CARTER,    1809 ST. ANDREWS DR,    CLOVIS, NM 88101-3091
14487007       +Baja Designs,    c/o Kirby/Scully/Johnston,    185 Bosstick Blvd,   San Marcos, CA 92069-5932
14487009       +Ben Denniston,    12972 SE 222nd DR,    Damascus, OR 97089-8385
14487010       +Bennett Wetch,    2242 Pine Meadow Dr.,    Salt Lake City, UT 84017-9347
14487011       +Bert Ho,    1954 W 66th Ave,    Denver, CO 80221-2586
14487012       +Bite Me Kitchen Inc,    1016 Bridgewater Way,    Costa Mesa, CA 92627-9021
14487013       +Blaine Brown,    6 Sandestin Estates Dr,    Miramar Beach, FL 32550-4553
14487014       +Boss 4x4,    28039 Scott Rd., Ste D-391,    Murrieta, CA 92563-7479
14487015       +Bradley Roberts,    4720 S Dudley Street #57,    Littleton, CO 80123-1831
14487016       +Brandon DeFeo,    36 BeeBe Run Road,    Bridgeton, NJ 08302-3941
14487017       +Brandon Kenney,    4079 Red Wing Trl,    Stow, OH 44224-2546
14487018       +Brandon Sanchez,    94-1005 Lumihoahu St,    Waipahu, HI 96797-3929
14487019       +Brandon Schmidt,    19909 E Willow Dr,    Queen Creek, AZ 85142-9416
14487020       +Brandon Thomason,    1205 Lyons Lane,    El Cajon, CA 92021-4704
14487022       +Brandon Yoon,    910 s Gramercy place,    Apt 212,    Los Angeles, CA 90019-2194
14487023       +Brandy Richardson,    1691 Rock Rose Ct,    Lebanon, OH 45036-3906
```

```
District/off: 0974-3                   User: Admin.                  Page 2 of 9                   Date Rcvd: Sep 07, 2018
                                       Form ID: 309A                 Total Noticed: 589

14487025       #+Brett Dawson,    1065 Marne Blvd,    Hinesville, GA 31313-8347
14487026        +Brett Hannah,    2330 Moss Ave,    Los Angeles, CA 90065-2738
14487027       #+Brian Agito,    1301 Colorado Blvd,    APT 1,    Los Angeles, CA 90041-2362
14487028        +Brian Buckner,    408 NE Tahoe Dr,    Blue Springs, MO 64014-2052
14487029       #+Brian Fuselier,    6085 W 83rd Place,    Arvada, CO 80003-1201
14487030        +Broke and Poor Surplus,    111 Thrasher Road,    plant city, FL 33566-7425
14487031        +Bruce Harris,    4064 ne 18th Ave,    Portland, OR 97212-1352
14487032        +Bruce Lutz,    16495 Valparaiso Way,    Redding, CA 96001-8748
14487033        +Bryan Garcia,    3738 N Octavia Avenue,    Chicago, IL 60634-3512
14487034        +Bryan Silvey,    1829 Aleppo Ct.,    Thousand Oaks, CA 91362-1504
14487035        +Bryan St Martin,    BryanSt Martin,    Unit 94,    Denver, CO 80219
14487036        +Bryan Vogel,    2724 N County Rd 23,    Bellvue, CO 80512-5855
14487037       #+Bryant Bainbridge,    3700 SW Dosch Ct,    portland, OR 97221-4138
14487038        +Bryant Panyarachun,    1486 Parkmont Dr.,    San Jose, CA 95131-2435
14487039        +Bryce Miltenberger,    18 Epping Forest way,    Sugar Land, TX 77479-2800
14487470       ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
                (address filed with court: State Board of Equalization,    P.O. Box 942879,
                 Sacramento, CA 94279)
14487089        +CRD Manufacturing,    1539 West Orange Grove Avenue,    Suite A,    Orange, CA 92868-1110
14487040        +Cal Mesa,    31682 Dunlap Blvd.,    Yucaipa, CA 92399-1602
14487041        +Carl Aune,    4074 N Boulder Canyon Place,    Tucson, AZ 85750-6911
14487043        +Casey Anda,    1928 Purdy Avenue,    Miami Beach, FL 33139-1428
14487044        +Cesar Michel,    1322 S Hesperian Street,    Santa Ana, CA 92704-3409
14487045        +Chad De Alva,    3790 S Big Valley Trail,    Flagstaff, AZ 86005-6943
14487046        +Chance Hayward,    11354 W 1 St Street,    POB 273,    Star, ID 83669-0273
14487047        +Charles Cox,    1814 Magenta Ct Unit 5,    Chula Vista, CA 91913-8338
14487048        +Charles Nguyen,    21250 SW Rosedale Road,    Beaverton, OR 97078-9732
14487049        +Charlie Ung,    12365 Calle Alvara,    Unit 4,    El Cajon, CA 92019-4817
14487050        +Chase Gillispie,    1078 American Ridge Rd,    Kendrick, ID 83537-9504
14487051         Chase Nau,    125 sweet 130th ave,    Beaverton, OR 97005
14487052         Chaz Hart,    12 Red Rock Ct,    Bozeman, MT 59718-8636
14487053        +Cheng Thao,    8260 Summer Falls Circle,    Sacramento, CA 95828-6919
14487054        +Choice Builder,    721 S Parker, Suite 200,    Orange, CA 92868-4772
14487055        +Chris Craig,    119 Lamb St,    Fayetteville, NC 28305-5045
14487056        +Chris Harney,    170 Holdman Ave.,    Sierra Madre, CA 91024-2630
14487057        +Chris J Harney Electrical Services,    170 Holdman Ave.,    Sierra Madre, CA 91024-2630
14487058        +Chris Padavana,    3318 VILLAGE DR,    CASTRO VALLEY, CA 94546-5614
14487059        +Chris Parsons,    14732 Cork Dr,    Chino Hills, CA 91709-2029
14487061        +Chris Purkey,    2504 S Imperial St,    Slc, UT 84106-3613
14487062         Chris Robleto,    395 Montezuma Ave,    Forest Knolls, CA 94933
14487060        +Chris phaneuf,    20 maple st,    easthampton, MA 01027-1714
14487065        +Christopher Dakis,    526 Windermere Dr.,    Culpeper, VA 22701-2056
14487066        +Christopher Hughes,    303 river village,    Fallon, NV 89406-2376
14487067        +Christopher Purevich,    7325 Robinson St,    Overland Park, KS 66204-1857
14487068        +Cintas,    PO Box 29059,    Phoenix, AZ 85038-9059
14487069        +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14487070        +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14487071        +Clark Campbell,    6685 Aviston Street,    Las Vegas, NV 89148-5755
14487072        +Clay Bowen,    2283 Turnpike Rd,    Raeford, NC 28376-7370
14487073        +Clay Nussbaum,    2929 Moser Road,    Dalton, OH 44618-9269
14487074        +Clayton Hafernik,    8464 Trudeau ave,    Las Vegas, NV 89143-1309
14487075        +Clayton Simms,    707 E. Adoue,    Baytown, TX 77520-8046
14487076        +Cody Cousins,    5112 West Point Loma Blvd,    San Diego, CA 92107-1393
14487077        +Cody Parker,    3458 sw Indian place,    redmond, OR 97756-7684
14487078        +Colin Fawcett,    7432 SE 114th Ave,    Portland, OR 97266-5950
14487079        +Colin Flauta,    1041 Hayes Ave,    San Diego, CA 92103-2308
14487080        +Colton Lindaman,    15815 Hollytree dr,    Houston, TX 77068-1219
14487083        +Connor Tillett,    1766 Republic St,    SD, CA 92114-1929
14487084        +Corey Longsreth,    19200 South Reyes Avenue,    Rancho Dominguez, CA 90221-5812
14487085        +Corey Oniell,    PO BOX 20,    Gustavus, AK 99826-0020
14487086        +Cory Busby,    2202 B St,    Bakersfield, CA 93301-3532
14487087        +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
14487088        +Cox Communications,    6205-B Peachtree Dunwudy Rd NE,    Atlanta, GA 30328-4524
14487090        +Cute nails LLC,    654 s commercial st,    Harrisonville, MO 64701-1653
14487102        +DARAN KANBARA,    13593 GRAY HAWK COURT,    EASTVALE, CA 92880-8897
14487122        +DJ Singleton,    10623 W Ross Ave,    Pioria, AZ 85382-5169
14487125        +DOMETIC GB 2018,    2305 129th PL SE,,    Everett, WA 98208-7131
14487124        +DOMETIC GB 2018,    8935 Renoir Ct,,    Fair Oaks, CA 95628-6642
14487091        +Dale Burt,    533 W 23rd St,    #10,    San Pedro, CA 90731-5986
14487092        +Damien Germano,    2561 1st Ave,    apt c,    San Diego, CA 92103-6572
14487093        +Dan Bolton,    7252 east Granada road,    Scottsdale, AZ 85257-2139
14487094        +Daniel Barrios,    795 Shell Ave.,    Martinez, CA 94553-3229
14487095        +Daniel Edelstein,    18027 Sea Reef Dr,    Pacific Palisades, CA 90272-2908
14487096        +Daniel Gomez,    7815 E Lynwood Cir,    Mesa, AZ 85207-2126
14487097        +Daniel Nemnich,    589 River Road,    Bliss, ID 83314-5129
14487098        +Daniel Zachary Wilson,    2010 N. Village Dr.,    Tucson, AZ 85712-3135
```

```
District/off: 0974-3          User: Admin.             Page 3 of 9                  Date Rcvd: Sep 07, 2018
                              Form ID: 309A            Total Noticed: 589

14487099       +Daniele Piccinonno,    3 Sparrow Lane,     Danvers, MA 01923-1277
14487100       +Danny Calderon,    8186 Lemon Gove Way,     Lemon Grove, CA 91945-1960
14487101       +Danny Zincke,    233 Horse Hill,    Boerne, TX 78006-1963
14487104       +Darren McMahon,    12190 Abington HAll PL,     Reston, VA 20190-5816
14487105       +Darryl Lamano,    11507 Foster Rd.,    Norwalk, CA 90650-2725
14487106       +Dave Durand,    21291 Bishop Dr,    Mission Viejo, CA 92692-4060
14487107       +David Allred,    333 Bubble Creek Ct,     Unit 10,    Fayetteville, NC 28311-1387
14487108       +David Englin,    770 S Grand Ave, Apt 4056,     Los Angeles, CA 90017-3944
14487109       +David Kennedy,    927 NE 72 Terrace,    Miami, FL 33138-5264
14487110       +David Perez,    354 Wadsworth Cirlce,    Longmont, CO 80504-1547
14487111       +David Schmutz,    7238 Brittany Town Dr.,     West Jordan, UT 84084-4604
14487112       +Derek Han,    9425 Silent Oak Ct,    Las Vegas, NV 89149-1622
14487113       +Derin Akyar,    13314 NE 104th Street,    Kirkland, WA 98033-4770
14487114       +Derrick Holland,    7180 Kestrel Drive,     Missoula, MT 59808-9630
14487115       +Derryck Zimmerman,    830 Donegal Court,    Orange Park, FL 32065-5818
14487116       +Desert Rat,    10701 N 19th Ave,    Phoenix, AZ 85029-4903
14487117       +Desmond Cheung,    782 N 10th St,    Unit 2,    San Jose, CA 95112-2965
14487118       +Desoto Ford,    3039 SE Hwy 70,    Arcadia, FL 34266-8599
14487119       +Dirty Parts,    Dirty Parts,    12012 West Washington Blvd.,     Los Angeles, CA 90066-5893
14487121       +Divided Vine,    861 N. Higley Rd. #116,     Gilbert, AZ 85234-9603
14487123       +Dometic GB 2018,    404 Ashley Meadow Ln,,     Jacksonville, NC 28546-9466
14487126       +Donald O'Sullivan,    2531 Haymond Ave,    River Grove, IL 60171-1723
14487127       +Donovan Tree,    PO BOX 183,    PARSONSFIELD, ME 04047-0183
14487128       +Doug Whetstine,    8480 Zeta Street,    La Mesa, CA 91942-2820
14487130       +Dustin Baker,    215 Mary Pat Dr,    Grand Prairie, TX 75052-4819
14487131       +Dustin McGraw,    5813 Butterfly Ct,    Temple, TX 76502-7953
14487132       +Dustin Messina,    306 Mary Ann Dr,    Brandon, MS 39042-3419
14487133       +Dustin Nelson,    105 La Isla Ln,    Corrales, NM 87048-7631
14487134       +Dylan Baker-Rice,    244 Carlton Ave.,     #2,    Brooklyn, NY 11205-4019
14487135       +Ed Hunt,    1111 S. Shoshone St.,    Boise, ID 83705-2343
14487136        Edbert Chen,    1250 North Lindley Street,,     Azusa, CA 91702
14487137       +Edward Griffin,    840 N Easley Canyon Road,     Glendora, CA 91741-2176
14487138       +Edwin Miranda,    5521 Via Mira Flores,    Newbury Park, CA 91320-6883
14487139       +Elliott Larson,    15927 Gold Hill Road,     Boulder, CO 80302-9770
14487140       +Elliott Strickler,    2844 Velarde Dr,    Thousand Oaks, CA 91360-1345
14487141       +Emelia Vargas,    3405 Avenida Curvatura,     Albuquerque, NM 87107-2633
14487142       +Enzeel Wakeboarding,    801 Chestnut St,     Clermont, FL 34711-2911
14487143       +Eric Alonzo,    1 Sewall st,    Melrose, MA 02176-4040
14487144       +Eric Cooper,    1623 Willow St,    Fairbanks, AK 99709-4142
14487145      #+Eric Sanchez,    6946 lerwick ct,    Alexandria, VA 22315-5717
14487146       +Eric Santos,    9770 Graceland Way,    San Diego, CA 92129-3514
14487147      #+Erik Arbit,    9260 E. Dreyfus Pl.,    Scottsdale, AZ 85260-4396
14487149       +Evan Becket,    307 Terra Bella,    Irvine, CA 92602-1033
14487150       +Evan Husted,    1306 Petree St,    El Cajon, CA 92020-2370
14487151        Evans Tire,    1445 Magnolia Ave,    El Cajon, CA 92020
14487152       +F. Austin,    10410 S Cutting Horse Dr.,     Unit 122,    vail, AZ 85641-6839
14487153      #+Fate Inc,    1015 S Crocker St,    Q18,    Los Angeles, CA 90021-2064
14487154       +FedEx Freight,    c/o Synter Resource Group, LLC,     5935 Rovers Ave. Suite 102,
                 Charleston, SC 29406-6071
14487155       +FedEx Freight,    DEPT LA PO BOX 21415,    PASADENA, CA 91185-0001
14487156       +FedEx Parcel,    PO BOX 7221,    PASADENA, CA 91109-7321
14487157       +Findlay Toyota Flagstaff,    310 N Gibson Rd,     Henderson, NV 89014-6702
14487159        Flying S Aviation,    9382 Stockmar Rd,    Villa Rica, GA 30180
14487160       +Forrest Shmidl,    11010 Kimes Park Dr,    San Antonio, TX 78249-4446
14487161       +Francisco Campos,    13655 Pimo St.,    Armona, CA 93202-9753
14487162       +Frank Retotal,    64 Piina Place,    Lahaina, HI 96761-5921
14487163       +Frisco Campo,    1446 E 8th St.,    C,    National City, CA 91950-2600
14487164       +Futuro Inc,    371A Islington St,    Portsmouth, NH 03801-4221
14487165       +Gabe Hill,    9225 Tudor Park PL,    Las Vegas, NV 89145-8726
14487166       +Gabriel Ocampo,    351 winslow ave,    Long beach, CA 90814-3211
14487167       +Galen Pang,    1825 Dole St.,    Honolulu, HI 96822-3306
14487168       +Garrett De Witt,    22855 Bravo PL,    Salinas, CA 93908-1002
14487169       +Garryck Hampton,    3801 Orinda Drive,    San Mateo, CA 94403-3505
14487170       +Gentelmens Barbershop,    520 s Indian canyon dr.,     Palm Springs, CA 92264-7436
14487171       +Geovanni Solorzano,    2242 E 124th St,    Compton, CA 90222-1306
14487172       +Gerardo Salgado,    833 Tumbleweed,    Salinas, CA 93905-4476
14487173       +Glenn Bigsby,    12761 Fisher St,    Englewood, CO 80112-5058
14487174       +Green Tree Fab,    6626 Greenwood Street,     Anchorage, AK 99518-1929
14487175       +Greg Chavdarian,    74-5214 Kihawahine place,     Kailua Kona, HI 96740-9619
14487176       +Greg Gong,    9601 Spring Oak Drive,    Bakersfield, CA 93311-1724
14487177       +Greg Towne,    4701 Parks Ave,    La Mesa, CA 91942-8614
14487178       +Gregory Helbig,    2520 Van Hoeks Cir,    Modesto, CA 95356-0367
14487179       +Gulzeb Niazi,    9224 Oldwest Trl,    Fort Worth, TX 76131-3114
14487180       +Harpers Bitterroot Valley Tire Center,     4026 Us Highway 93 N.,    Stevensville, MT 59870-6443
14487181       +Hayes Bolt & Supply,    2950-52 National Ave.,     San Diego, CA 92113-2496
14487183       +High Country Performance 4x4,    1695 West Hamilton PL,     Englewood, CO 80110-2014
14487184       +Holly Moreno,    180 Park Rd,    Burlingame, CA 94010-4317
14487185       +Ian Anonuevo,    576 Knights Circle,    Valejo, CA 94591-8143
14487186       +Industry FTH,    1228 San Gabriel Ave,    Henderson, NV 89002-9403
14487187       +Isaiah Marin,    2008 S Bushnell Ave,    Alhambra, CA 91803-3926
```

```
District/off: 0974-3              User: Admin.                  Page 4 of 9                 Date Rcvd: Sep 07, 2018
                                  Form ID: 309A                 Total Noticed: 589


14487188       +Island Rovers,   6 Wildwood Dr,   Sound Beach, NY 11789-2144
14487230       +JMS 4X4 Customs,    2290 Rancho Corona Dr,   Corona, CA 92882-3717
14487189       +Jacob Arijanto,    1989 S. 2100 E.,   Unit B,   Salt Lake City, UT 84108-3152
14487190       +Jacob Miyara,   8337 Streng Ave,   Citrus Heights, CA 95610-3344
14487191       +Jacob Sanchez,    11124 NE Halsey ST,   STE 690,   Portland, OR 97220-2021
14487192       +Jacob Sanchez,    11125 NE Halsey ST,   STE 691,   Portland, OR 97220-2024
14487194       +Jaime Morando,    245 East Trinity Place,   Decatur, GA 30030-3480
14487195       +Jake Carr,   35295 West Jefferson ave,   Rockwood, MI 48173-9640
14487196       +Jake Crandall,    312 Alta Vista Circle,   Travelers Rest, SC 29690-9430
14487197       +James Ethan Marlow,    505 Dalton Ct,   Dalton, GA 30721-8966
14487198       +Jamie Dahl,   774 Jeffery Street,   South Lake Tahoe, CA 96150-4454
14487199       +Janelle Brunson,    609 W Brookline Loop,   Williams, AZ 86046-9148
14487200       +Jared Gumpert,    PO Box 708,   Meredith, NH 03253-0708
14487201       +Jared Spencer,    91-232 Wakamalii Pl,   Kapolei, HI 96707-1908
14487202       +Jason Denny,   217 E Washington Ave,   Orange, CA 92866-2001
14487203       +Jason Healy,   33 Quartermaster row,   South Yarmouth, MA 02664-1600
14487204       +Jason Holden,   14291 Classique Way,   San Diego, CA 92129-4330
14487205       +Jason Machler,    2960 Washington Ln,   Hatfield, PA 19440-3451
14487207       +Jason Tackett,    7600 Terrill Dr,   Wellington, CO 80549-3277
14487208       +Jason Udan,   1749 Sunny Crest Ln,   Bonita, CA 91902-4054
14487209       +Jason VanderSluis,    2212 Fancher Hts. Blvd,   East Wenatchee, WA 98802-8566
14487210       +Jaymar Foronda,    10433 Petty Lane,   Stockton, CA 95212-9271
14487211       +Jayson Miller,    1895 center ave,   Martinez, CA 94553-5436
14487212       +Jed Ballesteros,    442 Spring River Circle,   Stockton, CA 95210-4484
14487213       +Jeff Gloyd,   305 Pinyon St.,   Frederick, CO 80530-7067
14487214       +Jeff Robertson,    PO Box 1051,   Lakeside, CA 92040-0903
14487215       +Jeff Scott,   3760 Sixes Rd Suite 126-331,   Canton, GA 30114-8192
14487216       +Jeffrey Johnson,    11672 Dempsey Dr,   Arlington, TN 38002-5073
14487217       +Jeffrey Seminoff,    6144 Cozzens St.,   San Diego, CA 92122-3728
14487218       +Jennifer Verdier,    2100 Westchester Drive,   Mansfield, TX 76063-5322
14487219       +Jensen Snow,   4731 Landis St.,   San Diego, CA 92105-2861
14487221       +Jeremy Bennett,    10370 SW Serena Way,   Portland, OR 97224-4535
14487222       +Jeremy Hoffman,    508 Llama Trail,   Harker Heights, TX 76548-5636
14487223       +Jeremy Krehbiel,    1108 Willowsprings Ct.,   McPherson, KS 67460-2130
14487224      #+Jesse Briscoe,    6237 Old Jenks Rd,   Apex, NC 27523-8245
14487225       +Jesse Calma,   23616 Messina,   Laguna Hills, CA 92653-1831
14487226       +Jesse Kreger,    330 Anna Maria St,   Livermore, CA 94550-3905
14487227       +Jessica Sutton,    13 MAPLE TREE LANE,   Eureka, MO 63025-3407
14487228       +Jim Barnett,   2416 De La Vina,   APT 1,   Santa Barbera, CA 93105-3844
14487229       +Jim Means,   5122 1/2 Via Valarta,   San Diego, CA 92124-1561
14487231       +Joe Goldberg,   15 Hewlett Ave,   Point Lookout, NY 11569-3010
14487232        Joe Protacio,   24246 Kalanu Pl,   Mi Wuk Village, CA 95346
14487233       +Joel Ramos,   91-1150 Hualewa Street,   Ewa Beach, HI 96706-5648
14487234       +Joey Kleidosty,    2157 Pacific ave a103,   A103,   Costa mesa, CA 92627-3980
14487235       +Joey Messett,    12611 109th CT NE,   APT J304,   Kirkland, WA 98034-6498
14487236       +John Acunzo,   7301 Belpine Place,   #2,   Rancho Cucamonga, CA 91730-6770
14487237       +John Adams,   PO Box 1205,   oracle, AZ 85623-1205
14487238       +John Agnor,   4925 Odessa Ave,   Fort Worth, TX 76133-1656
14487239       +John Bonner,   669 Loring St,   San Diego, CA 92109-1755
14487240       +John Chan-Tse,    352 Concord Ave,   Lexington, MA 02421-8108
14487241       +John Fugit,   205 Hilltop Drive,   Mt Washington, KY 40047-6610
14487242       +John Harold,   16004 Legacy Rd,   Tustin, CA 92782-2794
14487243       +John Meyer,   8175 Caballo Way,   Flagstaff, AZ 86004-1144
14487244       +John Newell,   16225 N.E. Sullivan Lane,   Newberg, OR 97132-6540
14487245       +John Overend,   4281 Donna Marie Ct,   Haymarket, VA 20169-1744
14487246       +Johnny Alvarado,    2231 El Rancho Dr,   Carson City, NV 89703-2003
14487247       +Jon Sheckler,   3319 Chestnut Ave,   Loveland, CO 80538-2527
14487248       +Jonathan DeKlotz,    14917 283rd PL NE,   Duvall, WA 98019-8165
14487249       +Jonathan Lituco,    19912 Vanowen st.,   Winnetka, CA 91306-3932
14487250       +Jonathan Marklin,    374 Butler st apt3,   Pittsburgh, PA 15223-2157
14487251       +Jonathon Daniels,    1145 Kent Ct,   Dixon, CA 95620-2334
14487252       +Jordan Forman,    2212 McKinley St,   Honolulu, HI 96822-2134
14487253       +Jose Campos,   253 EBONY AVE,   IMPERIAL BCH, CA 91932-2513
14487254       +Joseph Ball,   PO Box 2643,   San Anselmo, CA 94979-2643
14487255       +Joseph Davieau,    202 Thornback Drive,   Raeford, NC 28376-5457
14487256       +Joseph Edsmam,    PO Box 61630,   Honolulu, HI 96839-1630
14487257       +Joseph Korth,   1302 24th St W # 233,   Billings, MT 59102-3861
14487258       +Joseph Korth,   1302 24th Street West # 233,   Billings, MT 59102-3861
14487259       +Josh Hardy,   8707 81st Dr. NE,   Marysville, WA 98270-9302
14487260       +Josh Weaver,   207 Saint Andrews Way,   Shepherdsville, KY 40165-5313
14487261       +Joshua Hwang,   431 El Camino Real,   #4415,   Santa Clara, CA 95050-7420
14487262       +Joshua Lane,   3211 Shoshone st,   Denver, CO 80211-3424
14487263       +Joshua Reller,    9337 Arrowhead Bluff Avenue,   Las Vegas, NV 89149-0191
14487264       +Juan Diego,   340 Harbor Dr,   Key Biscayne, FL 33149-1220
14487266       +Justin Jensen,    4407 Bee Caves Rd #422,   Austin, TX 78746-6406
14487267       +Justin Pascarella,    3821 E 117th Ave.,   DENVER, CO 80233-1603
14487268       +Justin Ribbing,    309 River View Ct.,   LONGMONT, CO 80501-8652
14487269       +Justin Riley,   2800 Kalmia Ave,   B209,   Boulder, CO 80301-1578
14487270       +Justin Wolfe,   228 Sky Crest Dr,   Grants Pass, OR 97527-5349
14487271       +Kaipo Yutaka Shiroma,    45-673 Halemuku Way,   Kaneohe, HI 96744-3164
```

```
District/off: 0974-3          User: Admin.                  Page 5 of 9                   Date Rcvd: Sep 07, 2018
                              Form ID: 309A                 Total Noticed: 589


14487272       +Kathryn Torres,    2740 Gale Ave,    Long Beach, CA 90810-3356
14487273       +Keith Page,    355 Holland lakes dr,    Pelham, AL 35124-3977
14487275       +Kenneth Knutson,    9664 Dale Ave,    Sunland, CA 91040-1408
14487276       +Kenny Tran,    2007 s Evanston ct,    Aurora, CO 80014-1544
14487277       +Kent Ingram,    2000 Lorraine Dr,    Aiken, SC 29801-2825
14487278       +Kent Wyatt,    8177 S. Harvard #202,    Tulsa, OK 74137-1612
14487279       +Kevin Franke,    2101 S Hearthstone Ave,    Tucson, AZ 85710-8049
14487280       +Kevin Hsieh,    246 S. Leandro St.,    Anaheim, CA 92807-3931
14487281       +Kevin Larkin,    4145 E. Babbling Brook Dr.,    tucson, AZ 85712-6635
14487282       +Kevin Lemus,    425 N 20th Street,    Montebello, CA 90640-3944
14487283       +Khae Saechao,    1130 SW 25th Street,    Troutdale, OR 97060-1739
14487284       +Khalid Alghussain,    21529 Chickacoan Trail Drive,    Broadlands, VA 20148-5027
14487285       +Khon Phanyavong,    976 mosaic drive,    Fort worth, TX 76179-7380
14487286       +Kunaal Kumar,    5503 Nur Lane,    Raleigh, NC 27606-4048
14487287       +Kustom 54 Lighting,    255 Lambert Street,    Unit 7,   Oxnard, CA 93036-0992
14487289       +Kyle O'Cain,    2004 Wyoming st.,    Salt Lake City, UT 84108-3240
14487290       +Landon Pratt,    1705 E Entrada Nueve,    Tucson, AZ 85718-4819
14487291       +Larry Karpurk,    321 W PALM LANE,    PHOENIX, AZ 85003-1127
14487292       +Lasernut,    1700 Industrial Avenue,    Norco, CA 92860-2949
14487293       +Laurence Ruiz,    16071 Doublegrove St.,    La Puente, CA 91744-1309
14487294       +Leah Colombo,    800 Jeffery Street,    107,   Boca Raton, FL 33487-4165
14487295       +Lee Borgioli,    1356 N Redington Ave,    Clovis, CA 93619-8048
14487297      #+Logan Cloud,    11108 chennault beach rd.,    apt 2538,   Mukilteo, WA 98275-4939
14487298      #+Logan Sprague,    2929 Montmorency Street,    Henderson, NV 89044-0366
14487299       +Los Angeles City Fire Department,    12433 Jolette Avenue,    Granada Hills, CA 91344-1636
14487300       +Louie Cruz,    94-872 Lelpua St,    Apt A,   Waipahu, HI 96797-4093
14487301       +Luke Hutchison,    27 Sycamore Dr,    Middletown, NY 10940-5405
14487319       +MARTY NUSSBAUM,    10991 E WINCHCOMB DR,    SCOTTSDALE, AZ 85255-1611
14487338       +MCT,   182-21 150th Avenue,    MCT 2394,   Springfield Gardens, NY 11413-4010
14487302       +Main Line,    3 Jorrocks Lane,    Malvern, PA 19355-3327
14487303      #+Manuel Flores,    94-1479 Waipio Uka St,    F205,   Waipahu, HI 96797-4696
14487304       +Marcel Cafferata,    970 Patricia Way,    San Jose, CA 95125-2325
14487305       +Marco Higuera,    4756 Idaho St,    San Diego, CA 92116-1417
14487306       +Marcus Eder,    1563 E Tameron Dr,    Sandy, UT 84092-3632
14487307       +Mario Asp,    4300 SW Murray Blvd,    Beaverton, OR 97005-2566
14487308       +Mario Risueno,    2675 grove avenue.,    San Diego, CA 92154-3263
14487309       +Mario Velasquez,    426 w. Gulfbank,    Houston, TX 77037-2902
14487311       +Mark Brown,    7103 April Wind Ave,    Las Vegas, NV 89131-0134
14487312       +Mark Dunnam,    86 golden pond lane,    Poplarville, MS 39470-6083
14487313       +Mark Gehrman,    28240 S Walsh Rd,    Manhattan, IL 60442-8903
14487314      #+Mark Meacham,    1181 NE Granite Ridge St,    Roseburg, OR 97470-3319
14487315       +Mark Nielsen,    5109 Log Cabin Drive,    Lakeland, FL 33810-0168
14487316       +Mark Pawliszewski,    23311 Broadwell Ave,    Torrance, CA 90502-2904
14487317       +Mark Roberto,    4107 S 7th St,    Tacoma, WA 98405-1533
14487320       +Marvin Uribe,    801 E 19th Street,    Santa Ana, CA 92706-3006
14487321       +Matheson Tri-Gas, Inc.,    Dept LA 23793,    Pasadena, CA 91185-0001
14487322       +Matt French,    104 Statehouse Dr,    Morrisville, NC 27560-5525
14487323       +Matt Glass,    2316 Hobart Ave SW,    Seattle, WA 98116-1834
14487324       +Matt Mangum,    1319 33rd Street,    SAN DIEGO, CA 92102-2410
14487325       +Matt Preuss,    305 Connie Ct,    Beulaville, NC 28518-8850
14487326       +Matthew Carlis,    181 Del Medio Ave,    Apt 305,   Mountain View, CA 94040-1046
14487327       +Matthew Carr,    10374 Hawkhurst Dr.,    Cincinnati, OH 45231-1839
14487328       +Matthew Domingo,    2838 B kaimuki ave,    Honolulu, HI 96816-1369
14487329       +Matthew Lee,    2436 Halelaau Pl,    Honolulu, HI 96816-3404
14487330       +Matthew Lucas,    2496 Hartford St,    San Diego, CA 92110-2339
14487331       +Matthew Marlow,    4685 Copper Sage St,    Las Vegas, NV 89115-1889
14487332       +Matthew Turner,    12803 West Ave,    APT 7105,   San ANtonio, TX 78216-1821
14487333       +Matthieu Salomon,    2901 Oaklane Drive,    Austin, TX 78704-4616
14487334       +Maui Offroad,    94-1388 Moaniani St,    Waipahu, HI 96797-6603
14487336       +Max Gazarov,    3240 Norcross Road,    Erie, PA 16510-4250
14487337       +McMaster-Carr,    9630 Norwalk Blvd.,    Santa Fe Springs, CA 90670-2954
14487339       +Mean Mother aka 3P,    8580 Milliken Ave,    Rancho Cucamonga, CA 91730-4915
14487340       +Metrotech,    12351 grant street,    340,   Thornton, CO 80241-3131
14487341       +Micah Harkness,    764 Grouse Dr,    Spring Creek, NV 89815-7018
14487342       +Michael Blair,    1306 Hewitt St,    Wahiawa, HI 96786-7544
14487343       +Michael Bui,    1092 kitchener cir.,    san jose, CA 95121-2618
14487344       +Michael Del Rosario,    119 n. pembroke avenue,    margate, NJ 08402-1317
14487346       +Michael Eby,    410 Cactus Rd,    Helena, MT 59602-9310
14487347        Michael Hatfield,    4225 me 60th street,    Oklahoma city, OK 73112
14487348        Michael Jones,    14307 SE 213th St,    Kent, WA 98042-3149
14487349       +Michael Mungoven,    PO Box 1114,    Homer, AK 99603-1114
14487350       +Michael Reed,    4208 se risley ave,    Milwaukie, OR 97267-2940
14487351       +Michael Tran,    26 Madrid St,    Tustin, CA 92780-5911
14487352       +Michael Yang,    5435 Geary Blvd,    San Francisco, CA 94121-2306
14487353       +Miguel Lujan,    2934 Moki Ovi,    Flagstaff, AZ 86005-3761
14487354       +Miguel Torres,    4977 Carolina Place,    San Diego, CA 92102-3714
14487355      #+Mike Cote,    9917 Scripps West View Way,    #216,   San Diego, CA 92131-2429
14487356       +Mike Lambert,    626 2nd St,    Ann Arbor, MI 48103-4979
14487357       +Mike Memmel,    8420 Calleja Risa,    El Cajon, CA 92021-2011
14487358       +Mike Rosario,    17131 Michaels Ave,    Cerritos, CA 90703-1133
```

```
District/off: 0974-3             User: Admin.                Page 6 of 9                  Date Rcvd: Sep 07, 2018
                                 Form ID: 309A               Total Noticed: 589


14487359       +Mike Wyckoff,    1268 14 Road,    Loma, CO 81524-9706
14487360       +Miles Watanabe,    91-6523 Kapolei parkway,    Ewa beach, HI 96706-6030
14487361       +Misael Reyna,    1605 w v a rancho pkwy,    Escondido, CA 92029-7264
14487363       +NAPA,   PO Box 1385,    El Cajon, CA 92022-1385
14487369       +NICHOLAS GARBE,    3226 Woody Lane,    San Jose, CA 95132-3544
14487364       +Nate Cordero,    11651 Via Montana,    Fontana, CA 92337-7933
14487365       +Nathan Jackson,    1229 W 4800 S,    Preston, ID 83263-5684
14487366       +Nathan Morland,    834 Memory Ln,    Santa Cruz, CA 95006-8573
14487367       +Nathan Wageley,    11611 Vantage Hill Road,    #21B,    Reston, VA 20190-3485
14487368       +Neil Battad,    92-1424 Palahia St.,    Kapolei, HI 96707-3306
14487370       +Nick Carney,    16839 south yellow court,    Phoenix, AZ 85048-2099
14487371       +Nick Donoghue,    2239 North 72nd Place,    Scottsdale, AZ 85257-2134
14487372       +Nick Henriksen,    317 N. Granados Ave,    Solana Beach, CA 92075-1212
14487373       +Nicole Mayer,    504 San Pablo Court,    San Dimas, CA 91773-3315
14487374       +Nikolas Radisi,    11514 Kerman Dr,    Cypress, TX 77429-2516
14487375       +Nolan Cerecedes,    9702 blue reef dr,    Huntington Beach, CA 92646-7506
14487378       +ORW Off Road Warehouse,    26901 Jefferson Ave.,    Ste 101,    Murrieta, CA 92562-9182
14487377        ORW Off Road Warehouse,    26645 Auto Parkway,    Esconcido, CA 92029
14487376       +Odd Bird Inc,    109 Windrush Lanne,    Lafayette, LA 70506-7855
14487379        Overland Consulting, LLC,    1209 Talbryn Dr,    Belmont, CA 94002-3737
14487397       +PJ Wolz,    93 Sunrise Dr.,    Hollister, CA 95023-6013
14487398       +PK Duncan,    220 East Wilbur Road Apartment C,    Thousand Oaks, CA 91360-7346
14487380       +Patrick Canning,    115 Euclid Avenue,    Los Gatos, CA 95030-7013
14487381       +Patrick Darke,    211 Tealight Ln,    Cary, NC 27513-5748
14487382       +Patrick Jo,    7747 Mckinley Loop NE,    Lacey, WA 98516-6290
14487383       +Patty Nemenz,    PO BOX 27,    Wofford Heights, CA 93285-0027
14487384       +Paul Askew,    2990 Skipping Stone Drive,    Apison, TN 37302-7543
14487385       +Paul Kokkinos,    9347 Somerset Lane,    Cypress, CA 90630-2739
14487386       +Paul Vasquez,    PO BOX 991,    Edna, TX 77957-0991
14487387       +Paula Burr,    746 W Rosser St,    Prescott, AZ 86301-1132
14487388       +PayPal,    P.O. Box 71202,    Charlotte, NC 28272-1202
14487389       +Pennymac Loan Services,    Attn: Bankruptcy,    Po Box 514387,    Los Angeles, CA 90051-4387
14487390       +Performance & Off Road,    103 Fremont Way,    Lander, WY 82520-5601
14487391       +Pete Mountanos,    13704 SKYLINE BLVD,    WOODSIDE, CA 94062-4565
14487392       +Peter Santos,    6975 Princess View Drive,    San Diego, CA 92120-1325
14487393       +Petr Konoplev,    3244 se115th ave,    Portland, OR 97266-1710
14487394       +Philip Mendoza,    1426 E Cortney Pl,    Anaheim, CA 92805-5712
14487395       +Philip Villanueva,    218 Military E,    Benicia, CA 94510-2809
14487399       +Poly Performance,    870 Industrial Way,    San Luis Obispo, CA 93401-7605
14487400       +Quintin,    3998 E Pony Tracklane,    San Tan Valley, AZ 85140-6481
14487413       +RIGd Supply,    134 S Glassell Street, Suite E,,    Orange, CA 92866-1434
14487401       +Race Basics,    1080 South Main Street,    Andover, ME 04216-6438
14487402       +Rainer Caparas,    9315 Windsor Lane NE Apt 302,    Olympia, WA 98516-5953
14487403       +Rancho Industrial Park, LTD.,    1811 Vista Grande Road,    El Cajon, CA 92019-3819
14487404       +Randall Hane,    24 Sandy Pond Road,    Ladera Ranch, CA 92694-1336
14487405       +Randy Hernandez,    18410 Desidia St,    Apt B,    Rowland Heights, CA 91748-1926
14487406       +Ravean Kretowicz,    815 1/2 Coast Blvd S,    La Jolla, CA 92037-8413
14487407       +Raymond bousemaan,    4500 taylor st,    hollywood, FL 33021-6628
14487408       +Reed Scherer,    1452 Elevation Road,    San Diego, CA 92110-1519
14487409       +Renfro Logging,    328 highway 55,    Horseshoe Bend, ID 83629-5032
14487410       +Ricardo Torres,    14321 Kinley Dr,    Healdsburg, CA 95448-4906
14487411       +Richard Tran,    2148 S Fremont ave,    38,    Alhambra, CA 91803-4315
14487412       +Rico Larroque,    1801 E Katella Ave,    #1074,    Anaheim, CA 92805-6641
14487414      #+Riot, LLC,    353 West 200 South,    Suite 101,    Salt Lake City, UT 84101-1214
14487415       +Robbie Arbebieo,    2318 Stone Cross Cir,    Orlando, FL 32828-7937
14487416       +Robert Arevalo,    166 Santa Paula Dr.,    Colma, CA 94015-2165
14487417       +Robert Benjamin,    16 Jessie Road,    Eastport, NY 11941-1330
14487419       +Robert Jones,    1005 Crescent Drive,    St. Charles, MO 63301-4742
14487420       +Robert Tate,    16023 N Eldridge Dr,    Holt, MO 64048-8878
14487421       +Robert Thuresson,    13391 LOWELL CIR,    WESTMINSTER, CA 92683-1763
14487422       +Rodell Esteban,    6684 SE Ariel St,    Hillsboro, OR 97123-3690
14487423       +Rodney Sherrick,    283 Joaquin Street,    Crescent City, CA 95531-2915
14487424       +Rodolfo Chapa,    650 West Cross St unit 49,    Houston, TX 77018-5558
14487426       +Ryan Bedgood,    62 Merrimar Court,    Benson, NC 27504-6065
14487427       +Ryan Burch,    6106 Fire Opal Dr.,    Bakersfield, CA 93313-5390
14487428       +Ryan Candage,    13522 Cascade St.,    Broomfield, CO 80020-6521
14487429       +Ryan Ewald,    6004 Montana Lane,    Vancouver, WA 98661-6938
14487430       +Ryan Hamilton,    4635 Gordon Dr,    Boulder, CO 80305-6734
14487431       +Ryan Omang,    1074 Mount Dana Drive,    Chula Vista, CA 91913-2846
14487432       +Ryan Parker,    630 Pearce Mill Rd,    Wexford, PA 15090-8807
14487433       +Ryan Roper,    866 Glen Molly dr,    Sparks, NV 89434-3467
14487434       +Ryan Swinehart,    41 5th Street,    Cayucos, CA 93430-1209
14487435       +Rylan Akama,    787 Hahaione St,    Honolulu, HI 96825-1030
14487442       +SAP America,    19 Fenimore Road,    365,    Lumberton, NJ 08048-9517
14487444       +SDG&E,   PO BOX 25111,    Santa Ana, CA 92799-5111
14487445       +SDHQ Offroad,    1720 W Elliot Rd Suite 101,    Gilbert, AZ 85233-5031
14487463       +SOS,   375 nw Gilman blvd,    C-203,    Issaquah, WA 98027-2459
14487468       +STANLEY M. Fisher,    59 NEWTON DRIVE,    DURHAM, NC 27707-9744
14487436       +Salvador Espinosa,    6300 Milgen Rd,    Apt 1294,    Columbus, GA 31907-0960
14487437       +Salvador Rivera,    3745 Bianca St,    Edinburg, TX 78539-2304
```

```
District/off: 0974-3                  User: Admin.                   Page 7 of 9                   Date Rcvd: Sep 07, 2018
                                      Form ID: 309A                  Total Noticed: 589

14487438          Sam McCleneghan,    432 Ptarmigan Ranch Rd,    Dillon, CO 80435
14487439         +Samuel Boggd,    738 Edgar Ave,    Beaumont, CA 92223-5918
14487440         +Samuel Walls,    7216 stanford court nw,    Bremerton, WA 98311-8938
14487441          San Diego County Credit Union,     Attn: Bankruptcy,    555 Mildred St,    San Diego, CA 92110
14487443         +Scott Danielson,    3937 Abbott Ave S,    Minneapolis, MN 55410-1038
14487446          Sean Bascom,    12527 Babazon PL,    San Diego, CA 92129
14487448         +Seth Stoeckley,    17 Skylark Drive,    Apt. 24,    Larkspur, CA 94939-1279
14487449         +Seth Willardsen,    7 vintage dr,    Newport Beach, CA 92660-4293
14487450         +Shane Alfer,    10882 North Fishermans Landing,    Yuma, AZ 85365-0730
14487451         +Sharif Sawires,    1920 Ward Street,    Berkely, CA 94703-2219
14487452         +Shawn Joyce,    PO BOX 1445,    Lincoln, CA 95648-1441
14487453         +Shawn Kasner,    101 W Mariposa Dr,    Redlands, CA 92373-7231
14487454         +Shawn Kimble,    2336 SW Romar Rd,    Topeka, KS 66614-6065
14487455         +Shawn Ryan,    20391 Ravenwood Ln,    Huntington Beach, CA 92646-5412
14487456         +Shawn Vetterli,    9013 Crowely Way,    Elk Grove, CA 95624-3113
14487457         +Shay Wasserman,    1409 Wind Star Way,    Forth Worth, TX 76108-4088
14487458         +Sheldon Uyetake,    PO Box 61414,    Honolulu, HI 96839-1414
14487459         +Simms Fishing Products,    27901 norris road,    number 65,    bozeman, MT 59718-9434
14487460         +Singular Care,    2817 Miller Ranch Road,    Suite 333,    Pearland, TX 77584-9722
14487461         +SliderGB,    35 Via Sovana,    Santee, CA 92071-3488
14487462         +Socal Suspension,    275 N Marshall Ave,    El Cajon, CA 92020-3129
14487464         +Sou Saefong,    860 Canby Rd apt 42.,    Redding, CA 96003-4167
14487465         +Speed and Truck World,    Dino Stavrinos,    1060 W Sunrise Blkvd,
                   Fort Lauderdale, FL 33311-7100
14487466         +Spencer Jackson,    3282 hammer street,    Klamath falls, OR 97603-7187
14487467         +Stagecoach Equity, llc,    2450 Atascadero rd,    Morro Bay, CA 93442-1802
14487469         +Stanley Nam,    222 HIGHLAND LOOP,    MORENCI, AZ 85540-1007
14487471         +Stefen Schmidt,    7859 E New Leaf Place,    Tucson, AZ 85756-6114
14487472         +Stephen Miller,    179 Prairie Street,    Concord, MA 01742-2925
14487473         +Steve Ayotte,    337 E Bluebell Ln,    Tempe, AZ 85281-1420
14487474         +Steve Freeman,    13 Versaggi Dr,    St Augustine, FL 32080-6925
14487475         +Steve Kunkel,    2312 E Campbell Ave.,    Phoenix, AZ 85016-5526
14487476         +Steve Oliff,    9285 Elk Run RD,    Catlett, VA 20119-2024
14487477         +Steve Vang,    1540 hammonton smartsville road,    3,    marysville, CA 95901-6871
14487478         +Steven Bush,    5203 Bancroft Hts,    Colorado Springs, CO 80906-8240
14487479        #+Steven Cloherty,    11050 14th Ave NE,    Seattle, WA 98125-6429
14487480         +Steven Connor,    726 Temple St,    San Diego, CA 92106-2830
14487481        #+Steven Plantin,    3738 Ramsgate Dr.,    Annapolis, MD 21403-5005
14487482         +Steven Simmons,    1903 Henderson Dr.,    Tyler, TX 75701-4329
14487483         +Steven Wells,    6718 West Valynn Dr.,    Herriman, UT 84096-6928
14487484         +Sundy Hin,    3057 Indianapolis Ave,    Clovis, CA 93619-9281
14487487         +TAV-Tactical Application,    9920 Trumbull Ave,    Albuquerque, NM 87123-3187
14487495         +TJ Toney,    1609 Jordan Dr.,    Moore, OK 73160-0823
14487503         +TORN SAETERN,    8428 RENTON AVE S,    SEATTLE, WA 98118-4641
14487486         +Tanner Bell,    417 Jack Coleman Dr.,    Huntsville, AL 35805-2637
14487488         +The 4x4 Shop,    174 S. L St.,    Livermore, CA 94550-4408
14487489         +Theodore Chiodo,    7620 Baimbridge Dr,    Donners Grove, IL 60516-4450
14487490         +Thomas Beynon,    6035 barna ave,    Titusville, FL 32780-7412
14487491         +Thomas Killian,    760 Acorn Drive,    Brick, NJ 08723-4222
14487492         +Tim Alvarez,    1 W Campbell Ave,    1073,    Phoenix, AZ 85013-2963
14487493         +Timothy Brown,    60 Upper Rock Circle,    Apt 166,    Rockville, MD 20850-4254
14487494         +Tire Warehouse,    240 Teller St.,    Corona, CA 92879-1886
14487496         +Todd King,    1777 Conifer Dr,    Lake Oswego, OR 97034-4680
14487497         +Tom Bickerstaff,    222 Snug Harbour Dr,    Shalimar, FL 32579-1261
14487498         +Tom Sammis,    PO BOX 440248,    Kennesaw, GA 30160-9505
14487499         +Tony Nguyen,    2170 St. Croix Ct.,    Lemon Grove, CA 91945-3500
14487500         +Tony Ronchi,    C/O Paradigm Performance,    1344 University Ave #5000,
                   Rochester, NY 14607-1657
14487501         +Tony Santiago,    3820 Kenwood Drive,    Spring Valley, CA 91977-1023
14487502         +Tony Teague,    4330 Silver Bay St,    Las Vegas, NV 89147-6147
14487504         +Total Autopros,    5301 N 16th St,    Phoenix, AZ 85016-3203
14487505         +Traci Meyer,    7301 Belpine Place,    #2,    Rancho Cucamonga, CA 91730-6770
14487506         +Travis Diller,    7406 Varsity LN Ne,    Bremerton, WA 98311-9427
14487507         +Travis Hess,    300 Moorpark Ave.,    102,    Moorpark, CA 93021-4105
14487508         +Travis Howard,    13011 e bellechase st,    wichita, KS 67230-7825
14487509         +Tyler Feigel,    509 Del Mar St,    Apt 1303,    Midland, TX 79703-5575
14487511         +Tyler Neiswender,    2223 Ascot st,    Corona, CA 92879-7767
14487512         +Tyler Shaw,    1859 28th St. Apt 569,    Denver, CO 80216-5263
14487513         +Tyler Szymanski,    CMR 402 Box 1794,    APO, AE 09180-0018
14487514         +Tyler Washburn,    113 Alma Mater Drive,    303,    State College, PA 16803-3801
14487515         +Ulises Santana,    15624 Amar Rd,    H,    La Puente, CA 91744-2949
14487516         +United States Air Force,    333 Bluefish Dr,    Unit 102,    Fort Walton Beach, FL 32548-6135
14487517         +United States Airforce,    2065 Sycamore Drive unit B,    grand forks afb, ND 58204-1872
14487518         +Valley Powdercoating,    c/o Ivan Salzedo,    6530 Federal Blvd,    Lemon Grove, CA 91945-1311
14487519         +Versionex auto body,    1125 Bailey Hill Rd,    13,    Eugene, OR 97402-3052
14487520         +Victor Carreras,    10565 Caminito Vasswood,    San DIego, CA 92131-1704
14487521         +Victor Guido,    1031 s circle dr,    Kingsville, TX 78363-6817
14487522         +Voigtinc,    20 Old Ranch Rd,    Laguna Niguel, CA 92677-9208
14487523         +Wade Seth,    1126 Grand Ave,    Grand Junction, CO 81501-3430
14487524         +Walter Faulconer,    87-849 Farrington Hwy,    Waianae, HI 96792-3387
```

```
District/off: 0974-3           User: Admin.                 Page 8 of 9                  Date Rcvd: Sep 07, 2018
                               Form ID: 309A                Total Noticed: 589

14487525       +Wayland Pearce,    5356 indian trail,    Suffolk, VA 23434-7319
14487526       +Wayne Smith,    6522 E Waterton Ave,    Orange, CA 92867-2464
14487527       +William Beck,    2132 Lupine,    Lake Forest, CA 92630-8422
14487528       +William Cassels,    418 Longtime Lane,    Sedro Woolley, WA 98284-4352
14487529       +William Gantt,    3213 W Wheeler St #140,    Seattle, WA 98199-3245
14487530       +William Liu,    436 Peninsula Ave,    San Francisco, CA 94134-2429
14487531       +William Perry,    458 S Tradition St,    Mountain House, CA 95391-1005
14487532       +William Turner,    PO Box 4544,    Rollingbay, WA 98061-0544
14487533       +World Famous 4x4,    3075 N Lima St,    Burbank, CA 91504-2013
14487534       +Xavier Bailey,    2237 Hurley way,    Sacramento, CA 95825-2355
14487535       +Yi Dong,    95-1363 Wikao St,    Mililani, HI 96789-3996
14487536       +Zac Fellows,    18632 Demion Ln,    Huntingon Beach, CA 92646-8839
14487538       +Zac Shares,    49 Hopkins st B,    Mt morris, NY 14510-1333
14487537       +Zac h Barakeh,    6813 e harry,    wichita, KS 67207-2908
14487539       +Zach Petzold,    704 Huron St,    Shreveport, LA 71106-1654
14487540       +Zach Solomon,    2805 GERKEN PLACE,    OCEANSIDE, NY 11572-2115
14487541       +Zak Hawthorne,    3125 Ledgewood Dr,    Los Angeles, CA 90068-1913
14487542       +Zaragoza Realtors,    1100 ADELLA AVE,    Unit 27,    CORONADO, CA 92118-2971
14487042       +carson clowes,    2325 WILD DEER COURT,    PASO ROBLES, CA 93446-1490
14487063       +chris yu,    15773 mcintosh ave,    chino, CA 91708-9353
14487064       +christian santana,    1490 greenbay street,    202,    san diego, CA 92154-3012
14487103       +darren cinco,    1320 w hill st,    Long beach, CA 90810-3545
14487129       +duncan shaw,    2448 Adams Ave #5,    san diego, CA 92116-1344
14487193       +jacob stelljes,    765 Windbound ave,    Beaumont, CA 92223-7098
14487206       +jason molano,    2967 A Street,    San Diego, CA 92102-1703
14487220       +jerardo causor,    3684 Cedar Knoll ct,    San jose, CA 95121-1970
14487296       +local 47,    825 E Cassia Ln Unit D,    Azusa, CA 91702-6853
14487310       +mark belarmino,    21500 lassen st,    unit 135,    chatsworth, CA 91311-0838
14487318       +mark sheldon,    153 harmon ave,    pelham, NY 10803-1734
14487335       +max duncan,    40 GROVESIDE DR,    ALISO VIEJO, CA 92656-7072
14487345       +michael dunn,    3820 ascencion circle,    las cruces, NM 88012-7665
14487396       +phillip alba,    793 north euclid avenue,    upland, CA 91786-4739
14487425       +rustin seyle,    1749 hawthorne rd,    bethlehem, PA 18015-5840
14487447       +sean jennings,    5873 E Kathleen Rd,    Scottsdale, AZ 85254-1862

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ajay@guptalc.com Sep 08 2018 00:39:08      Ajay Gupta,    Gupta Legal Center,
                 1620 5th Avenue, Suite 650,    San Diego, CA   92101
tr              EDI: FGHDAVIS.COM Sep 08 2018 04:38:00      Gerald H. Davis,    Gerald H. Davis,    PO Box 124539,
                 San Diego, CA   92112-4539
smg             EDI: CALTAXFEE Sep 08 2018 04:38:00      California Department of Tax and Fee Administratio,
                 Account Information Group, MIC:29,    P.O. Box 942879,    Sacramento, CA   94279-0029
smg            +EDI: EDD.COM Sep 08 2018 04:38:00      Employment Develop. Dept., State of CA,
                 Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Sep 08 2018 04:38:00      Franchise Tax Board,    Attn:  Bankruptcy,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
ust            +E-mail/Text: ustp.region15@usdoj.gov Sep 08 2018 00:39:17      United States Trustee,
                 Office of the U.S. Trustee,    880 Front Street,    Suite 3230,    San Diego, CA 92101-8897
14486983       +EDI: AMEREXPR.COM Sep 08 2018 04:38:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
14487008        EDI: BANKAMER.COM Sep 08 2018 04:38:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
14487470        EDI: CALTAXFEE Sep 08 2018 04:38:00      State Board of Equalization,    P.O. Box 942879,
                 Sacramento, CA 94279
14487081       +EDI: WFNNB.COM Sep 08 2018 04:38:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14487082       +EDI: WFNNB.COM Sep 08 2018 04:38:00      Comenitycapital/ultamc,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14487120       +EDI: DISCOVER.COM Sep 08 2018 04:38:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14487148       +E-mail/Text: jdelgadillo@ernestpkg.com Sep 08 2018 00:39:26      Ernest Packaging Solutions,
                 1345 Sycamore Avenue,,    Vista, CA 92081-7810
14487158       +E-mail/Text: bankruptcy@firstelectronic.com Sep 08 2018 00:39:28      First Electronic Bank,
                 Attn: Bankruptcy,    Po Box 521271,    Salt Lake City, UT 84152-1271
14487362       +E-mail/Text: lossmitigation@missionfed.com Sep 08 2018 00:39:25
                 Mission Federal Credit Union,    Attn: Bankruptcy,    Po Box 919023,    San Diego, CA 92191-9023
14487485       +EDI: RMSC.COM Sep 08 2018 04:38:00      Synchrony Bank/TJX,    Attn:  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           +United States Trustee,    Office of the U.S. Trustee,    880 Front Street,    Suite 3230,
                 San Diego, CA 92101-8897
14487182*      +Hayes Bolt & Supply,    2950-52 National Avenue,    San Diego, CA 92113-2496
```

```
District/off: 0974-3           User: Admin.                Page 9 of 9             Date Rcvd: Sep 07, 2018
                               Form ID: 309A               Total Noticed: 589

14487021     ##+Brandon Werth,    1832 Fairfax Court South,   St Johns, FL 32259-5229
14487265     ##+Justin Gibson,    395 Canyon Dr. #A,   Pocatello, ID 83204-4847
14487274     ##+Kelly Platter,    810 Anderson Ave,   Plumas Lake, CA 95961-9698
14487288     ##+Kyle Knowlton,    402 Riverside Dr,   Sistersville, WV 26175-1426
14487418     ##+Robert Dennis,    26515 n broadway,   escondido, CA 92026-8308
14487510     ##+Tyler Hurley,    76 Portsmouth Dr.,   Novato, CA 94949-8222
                                                                                             TOTALS: 0, * 2, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Ajay   Gupta    on behalf of Joint Debtor Satin   Pelfrey ajay@guptalc.com
              Ajay   Gupta    on behalf of Debtor Tyler   Pelfrey ajay@guptalc.com
              Gerald H. Davis    ghd@trusteedavis.com,   ghd@trustesolutions.net
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4
```